1  ANNE HIARING HOCKING, Esq. SBN 88639
   Law Office of Anne Hiaring
2  711 Grand Avenue, Suite 260
   San Rafael, CA 94901
3  Telephone: (415) 457-2040
   Facsimile: (415) 457-2822
4  Email: anne@hiaringlaw.com

5  Attorney for Plaintiff
   PROTECH DIAMOND TOOLS
6  INCORPORATION

**ORIGINAL
FILED**

AUG  1 2008

7

8              IN THE UNITED STATES DISTRICT COURT

RICHARD W. WIEKING
9      FOR THE NORTHERN DISTRICT OF CALIFORNIA DISTRICT COURT
                         DIVISION NORTHERN DISTRICT OF CALIFORNIA **SBA**

10

11 PROTECH DIAMOND TOOLS          )  Case No.    **CV  08    3684**
   INCORPORATION, a California Corporation, )
12                                 )  **COMPLAINT FOR TRADEMARK
                          Plaintiff, )  INFRINGEMENT, FALSE
13                                 )  DESIGNATION OF ORIGIN AND
        vs.                        )  UNFAIR COMPETITION**
14                                 )
   DAVID LIAO, an individual,     )  **DEMAND FOR JURY TRIAL**
15 PROTECH DIAMOND TOOLS INC., a  )
   Canadian Corporation, and PROTECH )
16 DIAMOND USA, INC., a California )
   Corporation and DOES 1-10,     )
17                                 )
                                   )
18                    Defendants. )

19

20      1.      Plaintiff Protech Diamond Tools Incorporation ("Plaintiff") is a corporation

21 formed under the laws of the State of California with its principal place of business at 14447

22 Griffith Street, San Leandro, California 94577, in the Northern District of California.

23      2.      On information and belief, defendant David Liao ("Mr. Liao or Defendant") is a

24 citizen of Canada and a resident of the province of Alberta, Canada. On information and belief,

25 defendant Protech Diamond Tools Inc. ("Protech Canada or Defendant"), is a corporation

organized and existing under the laws of Canada, with its principal place of business at Bay 4,

4619 6th Street, NE, Calgary, Alberta T2E 3Z6, Canada.  On information and belief, defendant

Protech Diamond USA, Inc. ("Protech California or Defendant"), is a corporation formed under

the laws of the State of California with its registered business address at 13321 Alondra Bl.

Suite T, Santa Fe Springs, California 90670, in the Central District of California.  On

information and belief, Defendant Mr. Liao is the principal of Protech Canada and Protech

California and both companies operate under his control.  Mr. Liao, Protech Canada and

Protech California are also referred to collectively as "Defendants".

## JURISDICTION

3.      This is a suit for federal trademark infringement and unfair competition pursuant

to the Lanham Act, 15 U.S.C. Section 1051, *et seq*.  This Court has original jurisdiction under

15 U.S.C. Section 1121 and 28 U.S.C. Section 1338(a) arising from Defendants violation of the

U.S. trademark laws against Plaintiff.  This Court has pendant jurisdiction under 28 U.S.C.

Section 1338(b) in that this care arises under claims joined with a substantial and related claim

under the Trademark Laws of the United States.

## VENUE

4.      Venue is proper in this District under 28 U.S.C. Section 1391 because on

information and belief Defendant Protech California has engaged in, and continues to engage

in, acts of solicitation, advertising and offering of retail goods and services to consumers

located in the Northern District of California.  On information and belief Defendant Protech

California offers its products and services for sale over the Internet, including to customers in

the Northern District of California.  Defendants Mr. Liao and Protech Canada are foreign

nationals and venue is proper in any District, including this District, pursuant to subsection (c)

of 28 U.S.C. Section 1391.

## FACTUAL ALLEGATIONS

5.     Plaintiff Protech Diamond Tools, Inc. is a well-established producer and

distributor of high-quality construction and stone fabricator cutting diamond saw blades used in

the construction and building industry in the United States.  These are professional products

used to cut roads, sidewalks and bridges as well as to fabricate stone.  Plaintiff Protech

Diamond Tools, Inc. and its principal, Dennies Chung, have engaged in the business of selling

these high quality construction grade saw blades since September 1, 2001 in the United States.

Plaintiff markets and sells its saw blades under its marks PROTECH, PROTECH DIAMOND

TOOLS and P PROTECH DIMAMOND TOOLS TOLL FREE: 1-888-618-2900 & Design ("P

PROTECH DIAMOND TOOLS & Design"), as depicted below,



and collectively, referred to as "PROTECH".  Attached as **Exhibit A** is a true and correct copy

of Plaintiff's product brochure depicting its PROTECH marks and line of products.

6.     Plaintiff has established a substantial reputation and goodwill in the United

States with its trade name PROTECH DIAMOND TOOLS, INC. and its PROTECH brand of

products.  Plaintiff is known within the building and construction industry in the United States

for developing, manufacturing and distributing quality saw blade products.  Plaintiff has

committed significant time, effort and financial resources towards developing and maintaining

the reputation of its PROTECH marks as a source of product excellence, quality and reliability

1    in all phases of the design, production and distribution of its PROTECH brand of saw blades.

2    Plaintiff has also promoted and caused to be promoted throughout the United States the

3    PROTECH brand to identify its goods and services.

4        7.    Plaintiff is the owner of U.S. Trademark Registration No. 2,734,788 for the mark

5    P PROTECH DIAMOND TOOLS & Design and the goodwill pertaining to this registration.

6    This registration is listed on the Principal Register and is valid and subsisting.  Attached as

7    **Exhibit B** is a true and correct copy of the Registration Certificate for the mark P PROTECH

8    DIAMOND TOOLS & Design mark.

9        8.    Plaintiff is also the owner and uses the unregistered trademarks PROTECH and

10   PROTECH DIAMOND TOOLS, which are featured on its website, on its products and in its

11   advertising, including its brochures.  See **Exhibit A**; see also **Exhibit C**, which are true and

12   correct copies of Plaintiff's website homepage and photographs of representative samples of

13   Plaintiff's PROTECH saw blade products.

14       9.    Attached as **Exhibit D** is a true and correct copy of Plaintiff's application to

15   register PROTECH DIAMOND TOOLS in the State of California.

16       10.    In Spring, 2006, Plaintiff learned that Defendants Mr. Liao and Protech Canada

17   attempted to federally register the mark PROTECH DIAMOND for "power saw blades" in the

18   United States (Application Serial No. 76/418,267).  Plaintiff protested Defendants Mr. Liao and

19   Protech Canada's use and registration of the PROTECH DIAMOND mark in the United States

20   in a letter dated April 4, 2006.  A true and correct copy of that letter is attached as **Exhibit E**.

21   The United States Trademark office refused to register Defendants' Ser. No. 76/418,267.

22   However, in addition to protesting registration, Plaintiff protested any *use* in the United States

23
24
25

of the identical mark PROTECH or PROTECH DIAMOND TOOLS in connection with the

sale of the identical products – professional grade saw blades used in construction

      11.    Between April 4, 2006 and August 7, 2006, counsel for both Plaintiff and

Defendants Mr. Liao and Protech Canada attempted to resolve this matter informally but were

unsuccessful.  On August 8, 2006, Defendant Protech Canada and its principal, Defendant Mr.

Liao, petitioned to cancel Plaintiff's Trademark Registration No. 2,734,788 for the mark P

PROTECH DIAMOND TOOLS & Design.  Attached as **Exhibit F** is a true and correct copy of

the Petition to Cancel filed by Defendant Protech Canada.  Plaintiff disputes the allegations in

the Petition to Cancel.  The Cancellation proceeding is currently pending before the Trademark

Trial and Appeal Board of the United States Patent and Trademark Office.

      12.    From August 8, 2006 to the present, Plaintiff's counsel and Defendant Protech

Canada's new U.S. counsel again attempted to resolve this matter informally but without

success.  Plaintiff's position has always been that Defendants could *not* use PROTECH for saw

blades in the U.S.  However, while negotiations were ongoing, and without any notification to

Plaintiff, on information and belief Defendant David Liao opened two offices in California

under the business name "Protech Diamond Tools USA, Inc.", whose business is to sell

professional grade saw blades, the same as Plaintiff's.  Attached as **Exhibit G** is a true and

correct copy of the California Secretary of State's online business record for Defendant Protech

California, which is several years after first use by Plaintiff of the PROTECH DIAMOND

TOOLS mark.  Plaintiff first learned of this in July, 2008.

      13.    On July 7, 2008, Plaintiff received a telephone call from an entity located in

Ohio inquiring as to whether Plaintiff moved to Paramount, California, which is one of

Defendant Protech California's office locations in California.  Now, not only is there a strong

*likelihood* of confusion if Defendants continue operating and using the PROTECH marks in the United States but ***actual*** confusion has already occurred.

14.     Defendants have sought to use the identical marks PROTECH, PROTECH DIAMOND TOOLS and other variant PROTECH marks in connection with the sale of saw blades in the United States.  Defendants sell the identical products as Plaintiff under the exact same marks as Plaintiff.  Attached as **Exhibit H** is a true and correct copy of Defendant Protech Canada's website homepage.  Plaintiff has sold its construction cutting saw blades since September, 2001 in the United States under its PROTECH brand and marks, well prior to Defendants.

## ALLEGATION OF IRREPARABLE HARM

15.     By reason of Defendants' acts, Plaintiff has suffered and continues to suffer damage to its business, reputation and goodwill.  Unless restrained and enjoined, Defendants will continue to engage in the infringing acts stated in this Complaint and irreparably damage Plaintiff.  Plaintiff's remedy at law is not adequate to compensate it for all the injuries resulting from Defendants' actions.

## FIRST CLAIM FOR RELIEF

### (Trademark Infringement in Violation of 15 U.S.C. Section 1114)

16.     Plaintiff realleges and incorporates by reference paragraphs 1 through 15 of this Complaint.

17.     Defendants have used in commerce subject to regulation by the U.S. Congress a reproduction, counterfeit, copy or colorable imitation of Plaintiff's registered P PROTECH DIAMOND TOOLS & Design trademark on or in connection with Defendants' products and

services in connection with the sale, offering for sale, distribution and/or advertising of goods and services, which use is likely to cause confusion, or to cause mistake, or to deceive.

18.    Defendants have reproduced, counterfeited, copied and/or imitated Plaintiff's registered P PROTECH DIAMONDS TOOLS & Design trademark on or in connection with Defendants' retail products and services, and has applied such reproduction, counterfeit, copy and/or colorable imitations to advertisements, promotional materials and other materials.

19.    Defendants are acting and have acted with knowledge that the mark is a counterfeit mark and such imitation is intended to be used to cause confusion, or to cause mistake, or to deceive.

20.    As a direct and proximate result of Defendants' actions, the consuming public is likely to be confused and Plaintiff will suffer irreparable injury unless the Defendants are enjoined.

21.    As a direct and proximate result of Defendants' actions, actual confusion has already occurred and Plaintiff will suffer and continue to suffer irreparable injury unless the Defendants are enjoined.

22.    As a direct and proximate result of Defendants' actions, Plaintiff has been injured in an amount to be determined at trial and requests an award of attorneys' fees because of the intentional nature of this infringement which were incurred as a result of bringing and prosecuting this action.

23.    Defendants' acts are in violation of 15 U.S.C. § 1114, and Plaintiff has been and will continue to be damaged and irreparably harmed by these acts.

## SECOND CLAIM FOR RELIEF

### (Federal Unfair Competition and False Designation of Origin in Violation of 15 U.S.C. § 1125(a))

24.    Plaintiff reallages and incorporates by reference the allegations set forth in Paragraphs 1 through 23 of this Complaint.

25.    Defendants have used in commerce subject to regulation by the U.S. Congress a reproduction, counterfeit, copy or colorable imitation of Plaintiff's PROTECH, PROTECH DIAMOND TOOLS and P PROTECH DIAMOND TOOLS & Design marks (collectively referred to as "PROTECH") on or in connection with Defendants' products and in connection with the sale, offering for sale, distribution and/or advertising of goods and services, which use is likely to cause confusion, or to cause mistake, or to deceive.

26.    Defendants' use in commerce of Plaintiff's PROTECH marks in connection with the sale of construction cutting saw blades is a false designation of origin and a false representation, and wrongfully and falsely designates the origin of Defendants' goods and services as originating or being associated or affiliated with Plaintiff, and is a false description or representation in interstate commerce in violation of 15 U.S.C. § 1125(a).

27.    Defendants' use of Plaintiff's PROTECH marks in connection with the manufacture and sale of construction cutting saw blades is likely to cause confusion or mistake among consumers or those in the relevant trade and industry, or to deceive such persons as to affiliation, connection, endorsement, sponsorship or association of Defendants' PROTECH and PROTECH DIAMOND TOOLS goods and services with Plaintiff's genuine PROTECH brand of goods and services sold in the United States.

28.     As a direct and proximate result of Defendants' actions, the public at large is likely to be confused and Plaintiff will suffer irreparable injury unless the Defendants are enjoined.

29.     As a direct and proximate result of Defendants' actions, actual confusion has actually occurred and Plaintiff will suffer and continue to suffer irreparable injury unless the Defendants are enjoined.

30.     As a direct and proximate result of Defendants' actions, Plaintiff has been injured in an amount to be determined at trial and requests an award of attorneys' fees because of the intentional nature of this infringement which were incurred as a result of bringing and prosecuting this action.

## THIRD CLAIM FOR RELIEF

### (Unfair Competition in Violation of California Business & Professions Code Section 17200, et seq.)

31.     Plaintiff reallages and incorporates by reference the allegations set forth in Paragraphs 1 through 30 of this Complaint.

32.     Defendants' acts constitute an unlawful, unfair or fraudulent business act or practice or unfair, deceptive, untrue or misleading advertising.

33.     Defendants' acts are in violation of California Business and Professions Code Section 17200 et seq. and Plaintiff has been and is likely to be damaged by these acts.

///

///

# FOURTH CLAIM FOR RELIEF

## (Unfair Competition in Violation of California Business & Professions Code Section 17500, et seq.)

34.     Plaintiff reallages and incorporates by reference the allegations set forth in Paragraphs 1 through 33 of this Complaint.

35.     Defendants have made or disseminated or caused to be disseminated before the public in this state, in a publication or advertising device or in any other manner or means whatever, statements concerning personal property and/or services, which are untrue or misleading.

36.     Defendants' acts are in violation of California Business & Professions Code Section 17500 and Plaintiff has been and is likely to be damaged by these acts.

## DEMAND FOR JURY TRIAL

37.     Plaintiff demands a trial by jury.

## PRAYER FOR RELIEF

Plaintiff prays for judgment in its favor and against Defendants for:

A.     A preliminary and permanent injunction enjoining Defendants from using the PROTECH mark alone or in combination with any other words or designs, in block letter or any stylized form, including but not limited to PROTECH, PROTECH DIAMOND TOOLS and P PROTECH DIAMOND TOOLS & Design, on products, labels, packaging, in advertising and in connection with the sale or distribution of construction cutting saw blades in the United States.

B.    An Order directing Defendants to file with this Court and serve on Plaintiff's counsel within 30 days after service of an injunction a report under oath setting forth in detail the manner and form in which Defendants complied with the injunction.

C.    An Order that all signs, publications, materials, websites, advertisements, brochures, and all other printed or electronically stored matter or works that may be viewed with the aid of a machine, bearing or showing the mark or name PROTECH, alone or in combination with any other words or designs, in block letter or any stylized form, including but not limited to PROTECH, PROTECH DIAMOND TOOLS and P PROTECH DIAMOND TOOLS & Design, be delivered to Plaintiff's counsel or destroyed.

D.    An Order declaring Plaintiff to be the owner of the PROTECH, PROTECH DIAMOND TOOLS and P PROTECH DIAMOND TOOLS & Design marks, and all similar variants, in the United States.

E.    An accounting of Defendants' profits arising from Defendants' unfair competition and trademark infringement and an award of Defendants' profits to Plaintiff.

F.    Damages sustained by Plaintiff.

G.    Costs and disbursements incurred in this action by Plaintiff.

H.    Attorneys' fees for this intentional infringement

I.    An award of treble the actual damages awarded for this intentional infringement.

///

///

///

1    J.    Pre-judgment and post-judgment interest on the above damage awards.

2    K.    Such other and further relief, which this Court may deem equitable and just.

3

4                                         Respectfully submitted,

5    DATED: August ⌊_, 2008              LAW OFFICE OF ANNE HIARING

6

7

8    By:

9                                         Anne Hiaring Hocking, Esq.
                                          711 Grand Avenue, Suite 260
10                                        San Rafael, CA 94901
                                          (415) 457-2040
11                                        anne@hiaringlaw.com

12                                        Attorneys for Plaintiff PROTECH
                                          DIAMOND TOOLS INCORPORATION
13

14

15

16

17

18

19

20

21

22

23

24

25

# EXHIBIT A



**PROTECH DIAMOND TOOLS**™

Toll Free:1-888-618-2900

Protech Diamond Tools is a well-established OEM, producer of high quality diamond cutting tools for the professional saw cutter and the stone industry.

Our corporate office is located in San Leandro, California. We employ a group of diamond tool technicians with over 30 years of field knowledge. This assures you that we are well suited to keep you, the customer, on the leading edge of technology in the sawing/cutting industry.

We produce a full line of blades up to 54" in diameter, including cured concrete, green concrete, asphalt, wall saw, brick, block, stone as well as core bits and cup wheels.

Our large inventory quantities create immediate delivery and service to our most valuable asset, you the customer!

Please call today for your custom quote.

Thank you,

Protech Diamond Tools
1 510 618 1389

# TABLE OF CONTENT

|                                        | PAGE #  |
| -------------------------------------- | ------- |
| CURED CONCRETE BLADES                  | 2 ~ 3   |
| ASPHALT & GREEN CONCRETE BLADES        | 4       |
| WALL SAW BLADES                        | 5       |
| CURE & GUTTER / OVERLAY BLADES         | 6       |
| CORE BITS                              | 7       |
| HAND SAW BLADES                        | 8 ~ 10  |
| CUPWHEEL                               | 11      |
| TUCK POINT BLADES                      | 11      |
| CRACK CHASE BLADES                     | 12      |
| DIAMOND WIRE                           | 12      |
| GRINDING & GROOVING BLADES             | 12      |
| AGGREGATION MAP                        | 13      |







| Blade Size | Pro. G1 (12mm) | G2 (12mm) |
|---|---|---|
| 12" x .125 x 1" | $639 | $447 |
| 14" x .125 x 1" | $749 | $524 |
| 16" x .125 x 1" | $839 | $587 |
| 18" x .125 x 1" | $996 | $697 |
| 20" x .125 x 1" | $1,153 | $807 |
| 24" x .125 x 1" | $1,449 | $1,014 |
| | | |
| 12" x .140 x 1" | $693 | $485 |
| 14" x .140 x 1" | $880 | $616 |
| 16" x .140 x 1" | $939 | $657 |
| 18" x .140 x 1" | $1,129 | $790 |
| 20" x .140 x 1" | $1,362 | $953 |
| 24" x .140 x 1" | $1,599 | $1,190 |
| | | |
| 14" x .155 x1" | $920 | $644 |
| 16" x .155 x1" | $1,123 | $786 |
| 18" x .155 x1" | $1,128 1280 | $896 |
| 20" x .155 x1" | $1,489 | $1042 |
| 22" x .155 x1" | $1,639 | $1147 |
| 24" x .155 x1" | $1,789 | $1,252 |
| 26" x .155 x1" | $1,999 | $1,399 |
| 30" x .155 x1" | $2,369 | $1,658 |
| | | |
| 14" x .165 x 1" | $1,089 | $762 |
| 16" x .165 x 1" | $1,189 | $832 |
| 18" x .165 x 1" | $1,389 | $972 |
| 20" x .165 x 1" | $1,598 | $1,118 |
| 24" x .165 x 1" | $1,869 | $1,308 |
| 26" x .165 x 1" | $2,089 | $1,462 |
| 30" x .165 x 1" | $2,489 | $1,742 |
| 36" x .165 x 1" | $2,996 | $2,097 |

| Blade Size | Pro. G1 (12mm) | G2 (12mm) |
|---|---|---|
| 12" x .187 x 1" | $989 | $692 |
| 14" x .187 x 1" | $1,129 | $790 |
| 16" x .187 x 1" | $1,289 | $902 |
| 18" x .187 x 1" | $1,486 | $1,040 |
| 20" x .187 x 1" | $1,769 | $1,238 |
| 24" x .187 x 1" | $2,019 | $1,413 |
| 26" x .187 x 1" | $2,223 | $1,556 |
| 30" x .187 x 1" | $2,698 | $1,888 |
| 36" x .187 x 1" | $3,169 | $2,218 |
| 42" x .187 x 1" | $4,018 | $2,812 |
| 48" x .187 x 1" | $4,898 | $3,428 |
| 54" x .187 x 1" | $5,789 | $4,052 |

Cured Concrete Blades Specs.

| Aggregate | For HP 35 & Below | For HP 57 & Up |
|---|---|---|
| Extremely Hard | C-P60+ | C-P54+ |
| Hard & Abrasive | C-P60+ | C-P64+ |
| Hard | C-P60 | C-P64 |
| Medium & Abrasive | C-P70 | C-P74+ |
| Medium Soft | C-P70 | C-P74 |
| Soft | C-P80 | C-P84 |

All Manufacturer List Price.
Please call Protech Diamond Tools
1-888-618-2900 for Discounted Pricing.





| Blade Size | Pro. G1 (12mm) | G2 (12mm) |
|---|---|---|
| 12" x .210 x 1" | $1,130 | $791 |
| 14" x .210 x 1" | $1,296 | $907 |
| 16" x .210 x 1" | $1,489 | $1,042 |
| 18" x .210 x 1" | $1,669 | $1,168 |
| 20" x .210 x 1" | $1,900 | $1,330 |
| 24" x .210 x 1" | $2,246 | $1,572 |
| 26" x .210 x 1" | $2,478 | $1,734 |
| 30" x .210 x 1" | $2,823 | $1,976 |
| 36" x .210 x 1" | $3,449 | $2,414 |
| 42" x .210 x 1" | $4,399 | $3,079 |
| 48" x .210 x 1" | $4,999 | $3,499 |
| 54" x .210 x 1" | $6,336 | $4,435 |
| | | |
| 12" x .250 x 1" | $1,269 | $888 |
| 14" x .250 x 1" | $1,468 | $1,027 |
| 16" x .250 x 1" | $1,709 | $1,196 |
| 18" x .250 x 1" | $1,929 | $1,350 |
| 20" x .250 x 1" | $2,189 | $1,532 |
| 24" x .250 x 1" | $2,599 | $1,819 |
| 26" x .250 x 1" | $2,863 | $2,004 |
| 30" x .250 x 1" | $3,269 | $2,288 |
| 36" x .250 x 1" | $3,989 | $2,792 |
| 42" x .250 x 1" | $5,699 | $3,989 |
| 48" x .250 x 1" | $5,999 | $4,199 |
| | | |
| 12" x .375 x 1" | $1,929 | $1,350 |
| 14" x .375 x 1" | $2,216 | $1,551 |
| 18" x .375 x 1" | $2,999 | $2,099 |



| Cured Concrete Blades Specs. | | |
|---|---|---|
| Aggregate | For HP 35 & Below | For HP 57 & Up |
| Extremely Hard | C-P60+ | C-P54+ |
| Hard & Abrasive | C-P60+ | C-P64+ |
| Hard | C-P60 | C-P64 |
| Medium & Abrasive | C-P70 | C-P74+ |
| Medium Soft | C-P70 | C-P74 |
| Soft | C-P80 | C-P84 |



All Manufacturer List Price,
Please call Protech Diamond Tools
888-618-2900 for Discounted Pricing.





| Blade Size | Pro. G1 (12mm) | G2 (12mm) |
|---|---|---|
| 12" x .125 x 1" | $698 | $488 |
| 14" x .125 x 1" | $793 | $555 |
| 16" x .125 x 1" | $946 | $662 |
| 18" x .125 x 1" | $1,069 | $748 |
| 20" x .125 x 1" | $1,389 | $972 |
| 24" x .125 x 1" | $1,528 | $1,069 |
| 12" x .140 x 1" | $783 | $548 |
| 14" x .140 x 1" | $948 | $663 |
| 16" x .140 x 1" | $998 | $698 |
| 18" x .140 x 1" | $1,269 | $888 |
| 20" x .140 x 1" | $1,498 | $1,048 |
| 24" x .140 x 1" | $1,798 | $1,258 |
| 16" x .155 x1" | $1,163 | $814 |
| 18" x .155 x1" | $1,386 | $970 |
| 20" x .155 x1" | $1,598 | $1,118 |
| 24" x .155 x1" | $1,996 | $1,397 |
| 26" x .155 x1" | $2,136 | $1,495 |
| 30" x .155 x1" | $2,368 | $1,657 |
| 16" x .165 x 1" | $1,193 | $835 |
| 18" x .165 x 1" | $1,496 | $1,047 |
| 20" x .165 x 1" | $1,763 | $1,234 |
| 24" x .165 x 1" | $2,098 | $1,468 |
| 26" x .165 x 1" | $2,263 | $1,584 |
| 30" x .165 x 1" | $2,569 | $1,798 |
| 36" x .165 x 1" | $3,363 | $2,354 |
| 5" x. 375 x 1" | $518 | $362 |
| 7" x .375 x 1" | $680 | $477 |
| 8" x .375 x 1" | $790 | $553 |
| 12" x .375 x 1" | $1,798 | $1,258 |
| 14" x .375 x 1" | $1,998 | $1,398 |
| 18" x .375 x 1" | $2,589 | $1,812 |

| Blade Size | Pro. G1 (12mm) | G2 (12mm) |
|---|---|---|
| 12" x .187 x 1" | $943 | $660 |
| 14" x .187 x 1" | $1,136 | $795 |
| 16" x .187 x 1" | $1,293 | $905 |
| 18" x .187 x 1" | $1,599 | $1,119 |
| 20" x .187 x 1" | $1,989 | $1,392 |
| 24" x .187 x 1" | $2,296 | $1,607 |
| 26" x .187 x 1" | $2,496 | $1,747 |
| 30" x .187 x 1" | $2,989 | $2,092 |
| 36" x .187 x 1" | $3,663 | $2,564 |
| 42" x .187 x 1" | $4,378 | $3,064 |
| 48" x .187 x 1" | $4,999 | $3,499 |
| 5" x .250 x 1" | $490 | $343 |
| 7" x .250 x 1" | $580 | $406 |
| 8" x .250 x 1" | $660 | $462 |
| 12" x .250 x 1" | $1,168 | $817 |
| 14" x .250 x 1" | $1,422 | $995 |
| 16" x .250 x 1" | $1,596 | $1,117 |
| 18" x .250 x 1" | $1,798 | $1,258 |

**Asphalt Blades Specs.**

| Aggregate | For HP 35 & Below |
|---|---|
| Hard | AG-P21, AG-P35 |
| Medium & Abrasive | AG-P35, AG-P38 |
| Medium Soft | AG-P38, AG-P42, AG-P43 |
| Soft | AG-P42, AG-P43 |

All Manufacturer List Price,
Please call Protech Diamond Tools
1-888-618-2900 for Discounted Pricing.

# WALL SAW BLADES





| Blade Size | Pro. G1 (12mm) | G2 (10mm) |
|---|---|---|
| 12" x .110 x 1" | $493 | $419 |
| 14" x .125 x 1" | $721 | $612 |
| 16" x .125 x 1" | $790 | $671 |
| 20" x .125 x 1" | $1,211 | $1,029 |
| 21" X .140 X 1" | $1,319 | $1,121 |
| 24" x .187 x 1" | $1,408 | $1,196 |
| 26" x .187 x 1" | $1,589 | $1,350 |
| 30" x .187 x 1" | $1,883 | $1,600 |
| 32" x .187 x 1" | $1,926 | $1,637 |
| 36" x .187 x 1" | $2,523 | $2,144 |
| 42" x .187 x 1" | $3,386 | $2,878 |
| 48" x .187 x 1" | $3,896 | $3,311 |
| 54" x .187 x 1" | $6,240 | $5,304 |
| 24" x .210 x 1" | $1,629 | $1,384 |
| 26" x .210 x 1" | $1,769 | $1,503 |
| 30" x .210 x 1" | $2,118 | $1,800 |
| 32" x .210 x 1" | $2,269 | $1,928 |
| 36" x .210 x 1" | $2,789 | $2,370 |
| 42" x .210 x 1" | $3,693 | $3,139 |
| 48" x .210 x 1" | $4,163 | $3,538 |
| 54" x .210 x 1" | $6,680 | $5,678 |



| Wall Saw Blades Specs. | |
|---|---|
| Aggregate | Specs. |
| Hard | WS40 |
| Medium | WS60 |
| Soft | WS80 |



All Manufacturer List Price,
Please call Protech Diamond Tools
1-888-618-2900 for Discounted Pricing





| Blade Size | List |
|---|---|
| 12" x .125 x 1" | $794 |
| 14" x .125 x 1" | $911 |
| 16" x .125 x 1" | $1,066 |
| 18" x .125 x 1" | $1,242 |
| 20" x .125 x 1" | $1,418 |
| 24" x .125 x 1" | $1,687 |
| | |
| 14" x .140 x 1" | $1,004 |
| 16" x .140 x 1" | $1,170 |
| 18" x .140 x 1" | $1,356 |
| 20" x .140 x 1" | $1,553 |
| 24" x .140 x 1" | $1,842 |
| | |
| 16" x .155 x1" | $1,283 |
| 18" x .155 x1" | $1,480 |
| 20" x .155 x1" | $1,697 |
| 24" x .155 x1" | $2,008 |
| 26" x .155 x1" | $2,153 |
| | |
| 16" x .165 x 1" | $1,335 |
| 18" x .165 x 1" | $1,532 |
| 20" x .165 x 1" | $1,760 |
| 24" x .165 x 1" | $2,080 |
| 26" x .165 x 1" | $2,236 |
| 30" x .165 x 1" | $2,588 |
| 36" x .165 x 1" | $3,322 |
| | |
| 12" x .187 x 1" | $1,211 |
| 14" x .187 x 1" | $1,283 |
| 16" x .187 x 1" | $1,490 |
| 18" x .187 x 1" | $1,718 |
| 20" x .187 x 1" | $1,967 |
| 24" x .187 x 1" | $2,318 |
| 26" x .187 x 1" | $2,494 |
| 30" x .187 x 1" | $2,867 |
| 36" x .187 x 1" | $3,654 |
| 42" x .187 x 1" | $4,978 |
| 48" x .187 x 1" | $5,465 |

| Blade Size | List |
|---|---|
| 12" x .250 x 1" | $1,532 |
| 14" x .250 x 1" | $1,646 |
| 16" x .250 x 1" | $CALL |
| 18" x .250 x 1" | $2,194 |
| 20" x .250 x 1" | $CALL |
| 24" x .250 x 1" | $2,950 |
| 26" x .250 x 1" | $3,157 |
| 30" x .250 x 1" | $3,602 |
| 36" x .250 x 1" | $4,544 |
| 42" x .250 x 1" | $6,086 |
| | |
| 12" x .375 x 1" | $2,246 |
| 14" x .375 x 1" | $2,463 |
| 18" x .375 x 1" | $3,271 |



All Manufacturer List Price.
Please call Protech Diamond Tools
1-888-618-2900 for Discounted Pricing.

# CORE BIT





| Size | # of Segs. | List |
|------|-----------|------|
| 1/2" | RING | $125 |
| 5/8" | RING | $127 |
| 3/4" | RING | $128 |
| 7/8" | RING | $138 |
| 1" | RING | $145 |
| 1 1/8" | RING | $151 |
| 1 1/4" | RING | $179 |
| 1 3/8" | 4 | $181 |
| 1 1/2" | 4 | $188 |
| 1 5/8" | 4 | $213 |
| 1 3/4" | 4 | $218 |
| 1 7/8" | 4 | $228 |
| 2" | 5 | $238 |
| 2 1/4" | 5 | $256 |
| 2 1/2" | 6 | $268 |
| 2 5/8" | 6 | $288 |
| 2 3/4" | 6 | $298 |
| 3" | 7 | $328 |
| 3 1/4" | 7 | $339 |
| 3 1/2" | 8 | $368 |
| 3 3/4" | 8 | $378 |
| 4" | 10 | $398 |
| 4 1/4" | 10 | $437 |
| 4 1/2" | 10 | $498 |
| 5" | 11 | $542 |
| 5 1/2" | 11 | $638 |
| 6" | 13 | $698 |
| 6 1/4" | 13 | $793 |
| 6 1/2" | 13 | $948 |



| Size | # of Segs. | List |
|------|-----------|------|
| 7" | 13 | $998 |
| 8" | 16 | $1,038 |
| 9" | 18 | $1,249 |
| 10" | 19 | $1,309 |
| 12" | 22 | $1,463 |
| 14" | 26 | $1,800 |
| 16" | 30 | $1,998 |
| 18" | 30 | $2,343 |
| 20" | 32 | $2,483 |
| 24" | 38 | $3,228 |

All Manufacturer List Price.
Please call Protech Diamond Tools
1-888-618-2900 for Discounted Pricing.





## HLS/GP - LASER SEGMENTED BLADES
(General Purpose)

Our general purpose economy line used for concrete, roof tile, brick and block, natural stone and other masonry materials.

| Item# | Size | Arbor | List |
|---|---|---|---|
| HLS/GP4CC | 4" | DM-5/8 | $49 |
| HLS/GP4.5CC | 4.5" | DM-5/8 | $59 |
| HLS/GP5CC | 5" | DM-5/8 | $78 |
| HLS/GP7CC | 7" | DM-5/8 | $115 |
| HLS/GP8CC | 8" | DM-5/8 | $141 |
| HLS/GP9CC | 9" | 7/8 | $168 |
| HLS/GP10CC | 10" | 1" | $211 |
| HLS/GP12CC | 12" | 1"/20mm | $278 |
| HLS/GP14CC | 14" | 1"/20mm | $318 |
| HLS/GP16CC | 16" | 1"/20mm | $368 |
| HLS/GP18CC | 18" | 1"/20mm | $520 |
| HLS/GP20CC | 20" | 1"/20mm | $596 |

## HLS/PCC - DRY LASER SEGMENTED BLADES - 12MM
(Professional)

All purpose, used for most all applications, various uses such as hard concrete, paving stone and fire brick and most all masonry materials.

| Item# | Size | Arbor | List |
|---|---|---|---|
| HLS/P4CC | 4" | DM-5/8 | $72 |
| HLS/P4.5CC | 4.5" | DM-5/8 | $85 |
| HLS/P5CC | 5" | DM-5/8 | $101 |
| HLS/P7CC | 7" | DM-5/8 | $150 |
| HLS/P8CC | 8" | DM-5/8 | $165 |
| HLS/P9CC | 9" | 7/8 | $199 |
| HLS/P10CC | 10" | 1" | $271 |
| HLS/P12CC | 12" | 1"/20mm | $362 |
| HLS/P14CC | 14" | 1"/20mm | $415 |
| HLS/P16CC | 16" | 1"/20mm | $580 |
| HLS/P18CC | 18" | 1" | $716 |
| HLS/P20CC | 20" | 1" | $796 |

### Reading the symbols:

H - Hand saw blade          L - Laser welded

T - Turbo segment           S - Standard Segment

P - Professional Line       GP - General Purpose

C - Concrete                G - Granite

U - U-Gullet Segment

All Manufacturer List Price
Please call Protech Diamond Tools
1-888-618-2900 for Discounted Pricing.



# HAND SAW BLADES





## HLT/GP - DRY LASER TURBO SEGMENTED BLADES - 10MM
### (General Purpose)

Fast & free cutting cured concrete, block & brick, slate stone, hard paving stone, and other medium to hard masonry materials.

| Item# | Size | Arbor | List |
|---|---|---|---|
| HLT/GP4CC | 4" | DM-5/8 | $49 |
| HLT/GP4.5CC | 4.5" | DM-5/8 | $59 |
| HLT/GP5CC | 5" | DM-5/8 | $78 |
| HLT/GP7CC | 7" | DM-5/8 | $128 |
| HLT/GP8CC | 8" | DM-5/8 | $168 |
| HLT/GP9CC | 9" | 7/8 | $200 |
| HLT/GP10CC | 10" | 1" | $252 |
| HLT/GP12CC | 12" | 1"/20mm | $270 |
| HLT/GP14CC | 14" | 1"/20mm | $320 |

## HLT/P-CG-LASER TURBO SEGMENTED BLADES - 10MM
### (Professional)

All purpose, free cutting, use for most all applications. An excellent blade for hard building materials, concrete, high-density brick, and roof quarry tile.

| Item# | Size | Arbor | List |
|---|---|---|---|
| HLT/P4CG | 4" | DM-5/8 | $96 |
| HLT/P4.5CG | 4.5" | DM-5/8 | $108 |
| HLT/P5CG | 5" | DM-5/8 | $125 |
| HLT/P7CG | 7" | DM-5/8 | $180 |
| HLT/P8CG | 8" | DM-5/8 | $225 |
| HLT/P9CG | 9" | DM-5/8 | $315 |
| HLT/P10CG | 10" | 1"/20mm | $355 |
| HLT/P12CG | 12" | 1"/20mm | $480 |
| HLT/P14CG | 14" | 1"/20mm | $540 |
| HLT/P16CG | 16" | 1"/20mm | $645 |
| HLT/P18CG | 18" | 1"/20mm | $755 |
| HLT/P20CG | 20" | 1"/20mm | $918 |
| HLT/P20 5/8CG | 20 5/8" | 1"/20mm | $928 |
| HLT/P21CG | 21" | 1"/20mm | $938 |
| HLT/P24CG | 24" | 1"/20mm | $999 |

Examples:

| | | |
|---|---|---|
| HLS/GP14CC | = | Hand saw laser straight segmented general purpose 14" blade for cured concrete. |
| HLS/P16CG | = | Hand saw laser straight segmented professional 16" blade for concrete & granite. |
| HLT/GP12CC | = | Hand saw laser turbo segmented general purpose 12" blade for cured concrete. |
| HLT/P14CG | = | Hand saw laser turbo segmented professional 14" blade for concrete & granite. |
| HLU/P14" | = | Hand saw laser U-Gullet professional 14" blade for all hard material. |

All Manufacturer List Price.
Please call Protech Diamond Tools
1-888-618-2900 for Discounted Pricing.





## HLU/P - U-GULLET SEGMENTED BLADES - 10MM
(Pro. Line)

Fast and free Cutting. Designed for the professional concrete cutter. Primarily designed for hard reinforced concrete, can be used for almost any application.

| Item# | Size | Arbor | List |
|---|---|---|---|
| HLU/P12CC | 12" | 1"/20mm | $527 |
| HLU/P14CC | 14" | 1"/20mm | $670 |
| HLU/P16CC | 16" | 1"/20mm | $726 |
| HLU/P18CC | 18" | 1"/20mm | $910 |
| HLU/P20CC | 20" | 1"/20mm | $918 |
| HLU/P20 5/8CC | 20 5/8" | 1"/20mm | $928 |
| HLU/P21CC | 21" | 1"/20mm | $948 |
| HLU/P24CC | 24" | 1"/20mm | $1,189 |

## HLT/NG - NARROW GULLET SEGMENTED BLADES - 10MM
(Pro. Line)

Fast - Free Cutting - Cuts variety of materials, primarily designed for cutting concrete pile, hard reinforced concrete.

| Item# | Size | Arbor | List |
|---|---|---|---|
| HLT/NG14 | 14" | 1"/20mm | $620 |
| HLT/NG16 | 16" | 1"/20mm | $699 |
| HLT/NG18 | 18" | 1"/20mm | $748 |
| HLT/NG20 | 20" | 1"/20mm | $918 |
| HLT/NG20 3/8 | 20 3/8" | 1"/20mm | $928 |
| HLT/NG21 | 21" | 1"/20mm | $948 |
| HLT/NG24 | 24" | 1"/20mm | $1098 |

### Reading the symbols:

| | |
|---|---|
| H - Hand saw blade | L - Laser welded |
| T - Turbo segment | S - Standard Segment |
| P - Professional Line | GP - General Purpose |
| C - Concrete | G - Granite |
| U - U-Gullet Segment | |

All Manufacturer List Price.
Please call Protech Diamond Tools
1-888-618-2900 for Discounted Pricing.

# CUP WHEELS

## Single Row

| Size | List |
| --- | --- |
| 4" | $179 |
| 4.5" | $198 |
| 5" | $236 |
| 7" | $298 |

## Double Row

| Size | List |
| --- | --- |
| 4" | $233 |
| 4.5" | $260 |
| 5" | $295 |
| 7" | $349 |



# TUCK POINT BLADES

## Premium

| Size | List |
| --- | --- |
| 4" x 10mm x 5/8" | $102 |
| 4.5" x 10mm x 5/8" | $116 |
| 5" x 10mm x 5/8" | $142 |
| 7" x 10mm x 5/8" | $212 |

## Standard

| Size | List |
| --- | --- |
| 4" x 7mm x 5/8" | $88 |
| 4.5" x 7mm x 5/8" | $107 |
| 5" x 7mm x 5/8" | $119 |
| 7" x 7mm x 5/8" | $188 |



All Manufacturer List Price,
Please call Protech Diamond Tools
1-888-618-2900 for Discounted Pricing.



| Blade Size | List |
|---|---|
| A5" x .250 x 1" | $490 |
| A7" x .250 x 1" | $580 |
| A8" x .250 x 1" | $660 |
| | |
| A5" x .375 x 1" | $518 |
| A7" x .375 x 1" | $680 |
| A8" x .375 x 1" | $790 |



# DIAMOND WIRE

| ITEM # | LIST |
|---|---|
| WRQ600/11MM | $180 |



# GRINDING & GROOVING BLADES

| ITEM # | Size | List |
|---|---|---|
| CCG/C-P50-8 | 12" | $447 |
| CCG/C-P50-8 | 14" | $524 |



All Manufacturer List Price,
Please call Protech Diamond Tools
1-888-618-2900 for Discounted Pricing.





## AGGREGATE CLASSIFICATION MAP OF THE UNITED STATE

SOFT    MED. SOFT    MEDIUM    MED. HARD    HARD



# PROTECH™

**WWW.PROTECHDIAMONDTOOLS.COM**

**WWW.PROTECHDT.COM**

14447 Griffith Street, San Leandro, CA 94577
Toll Free:    1 888 618 2900
Tel:          1 (510) 618-1389
Fax:          1 (510) 618-1589

# EXHIBIT B

Int. Cl.: 8

Prior U.S. Cls.: 23, 28 and 44

**United States Patent and Trademark Office**

Reg. No. 2,734,788
Registered July 8, 2003

## TRADEMARK
### PRINCIPAL REGISTER



DENNIES CHUNG (CALIFORNIA CORPORA-
TION)
852 66TH AVE
OAKLAND, CA 94621

FOR: CONSTRUCTION CUTTING BLADES FOR
USE IN POWER SAWS, IN CLASS 8 (U.S. CLS. 23, 28
AND 44).

FIRST USE 9-1-2001; IN COMMERCE 9-1-2001.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "DIAMOND TOOLS" AND "TOLL
FREE: 1-888-618-2900", APART FROM THE MARK
AS SHOWN.

SER. NO. 78-122,376, FILED 4-17-2002.

CAROLINE WOOD, EXAMINING ATTORNEY

# EXHIBIT C

Welcome to Protech Diamond Tools Inc.

# PROTECH DIAMOND TOOLS INC



















**Stone Fabrication Tools**

**Masonary Construction Tools**

**Concrete Construction Tools**

Welcome to Protech Diamond Tools web site. Protech Diamond Tools is a well-established OEM, producer of high quality diamond cutting tools for the professional saw cutter and the stone industry.

Our corporate office is located in Oakland California. We employ a group of diamond tool technicians with over 30 years of field knowledge. This assures you that we are well suited to keep you, the customer, on the leading edge of technology in the sawing/cutting industry.

We produce a full line of blades up to 48" in diameter, including cured concrete, green concrete, asphalt, wall saw, brick, block, stone as well as core bits and cup wheels

Please call today for your custom quote.

Thank you,
Protech Diamond Tools
1-888-618-2900, 510-618-1389,

**Protech Diamond Tools Inc.**
14447 Griffith Street, San Leandro, CA 94577
TEL: 510-618-1389, 510-618-1489
FAX: 510-618-1589
TOLL FREE: 1-888-618-2900
E-Mail: info@protechdt.com

? Copyright, Protech Diamond Tools Inc. 2003





# EXHIBIT D



# State of California
## Secretary of State

### REGISTRATION OF TRADEMARK OR SERVICE MARK
Pursuant to Business and Professions Code Section 14207
**IMPORTANT – Read instructions before completing this form.**

REGISTRATION APPLICATION FOR:  ☒ **TRADEMARK**  ☐ **SERVICE MARK**

**1. REGISTRANT NAME**  Protech Diamond Tools, Inc.

| 2. BUSINESS ADDRESS | CITY AND STATE | ZIP CODE |
|---|---|---|
| 14447 Griffith Street | San Leandro, CA | 94577 |

**3. BUSINESS STRUCTURE (Check One)**

☒ CORPORATION (State of Incorporation)  California
☐ LIMITED LIABILITY COMPANY (State of Organization) _____
☐ LIMITED PARTNERSHIP (State of Organization) _____
☐ GENERAL PARTNERSHIP (State of Organization) _____

☐ SOLE PROPRIETOR
☐ HUSBAND & WIFE, AS COMMUNITY PROPERTY
☐ DOMESTIC PARTNERS, AS COMMUNITY PROPERTY
☐ OTHER (Describe)_____

**4. NAMES OF GENERAL PARTNERS, IF REGISTRANT IS A PARTNERSHIP**

**5. NAME AND/OR DESIGN OF MARK.** (For design, provide a brief written description that can be pictured in the mind without reference to the specimens. Do not draw the design on the application. Attach a drawing of the mark.)

PROTECH DIAMOND TOOLS

**6. DISCLAIMER (If Applicable) NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE THE TERM:**

| 7a. DATE THE MARK WAS FIRST USED IN CALIFORNIA | 7b. DATE THE MARK WAS FIRST USED ANYWHERE |
|---|---|
| September 1, 2001 | September 1, 2001 |

**8a. IF A TRADEMARK, LIST SPECIFIC GOODS. IF A SERVICE MARK, LIST SPECIFIC SERVICE.**

Construction and stone fabricator cutting blades
for use in power saws

THIS SPACE FOR FILING OFFICER USE
TRADE/SERVICE MARK

REG. NO._____

CLASS NO.(S)_____

**8b. CLASS NUMBER(S)**  8 ___ ___ ___ ___ ___

**9. RETURN ACKNOWLEDGMENT TO: (Type or Print)**
NAME  •• Anne Hiaring, Esq.  ••
ADDRESS  711 Grand Avenue, Suite 260
CITY/STATE/ZIP ••  San Rafael, CA 94901  ••

SEC/STATE LP/TM 100 (REV. 01/08)    FILING FEE: $70.00 PER CLASSIFICATION

10. PLEASE INDICATE WHETHER AN APPLICATION TO REGISTER THE MARK, OR PORTIONS, OR A COMPOSITE THEREOF, HAS BEEN FILED BY THE REGISTRANT OR A PREDECESSOR IN INTEREST WITH THE UNITED STATES PATENT AND TRADEMARK OFFICE.

FILING DATE  4-17-2002     SERIAL/FILE NO. 78-122,376     STATUS OF APPLICATION  Registered

IF REFUSED, WHY? _____

_____

11. MANNER IN WHICH THE MARK IS USED (Check all that apply)

**FOR TRADEMARKS ONLY**

- ☐ ON LABELS AND TAGS AFFIXED TO THE GOODS
- ☒ ON LABELS AND TAGS AFFIXED TO CONTAINERS OF THE GOODS
- ☐ BY PRINTING IT DIRECTLY ONTO THE GOODS
- ☐ BY PRINTING IT DIRECTLY ONTO THE CONTAINERS OF THE GOODS
- ☒ OTHER  brochures and price lists

**FOR SERVICE MARKS ONLY**

- ☐ ON BUSINESS SIGNS
- ☐ ON ADVERTISING BROCHURES
- ☐ ON ADVERTISING LEAFLETS
- ☐ ON BUSINESS CARDS
- ☐ ON LETTERHEADS
- ☐ ON MENUS
- ☐ OTHER _____

12. SPECIMENS (Check one box below and enclose three (3) identical original specimens)

**FOR TRADEMARKS ONLY**

- ☐ ACTUAL LABELS
- ☐ ACTUAL TAGS
- ☐ PHOTOGRAPHS OF GOODS/CONTAINERS SHOWING THE TRADEMARK
- ☐ FRONT PANELS OF A PAPER CONTAINER BEARING THE TRADEMARK
- ☒ OTHER  Product brochure

**FOR SERVICE MARKS ONLY**

- ☐ BUSINESS CARDS
- ☐ ADVERTISING BROCHURES
- ☐ ADVERTISING LEAFLETS
- ☐ MENUS SHOWING THE MARK
- ☐ OTHER _____

13. DECLARATION OF OWNERSHIP

Applicant declares that the applicant is the owner of the mark, that the mark is in use, and that to the knowledge of the person verifying the application, no other person has registered in this state, or has the right to use the mark, either in the identical form or in such near resemblance as to be likely, when applied to the goods or services of the other person, to cause confusion, to cause mistake, or to deceive.

14. DECLARATION OF ACCURACY

Applicant declares that all the information contained in this registration is accurate and if the applicant willfully states in the registration any material fact that the applicant knows to be false, the applicant shall be subject to a civil penalty of not more than ten thousand dollars ($10,000.00).

7/2/08
DATE

_Melissa Chow_ (signature)
SIGNATURE OF AUTHORIZED PERSON

Melissa Chow, Secretary
TYPE OR PRINT NAME AND TITLE

# EXHIBIT E

Anne Hiaring
attorney at law



*VIA FAX (403.230.7877) & MAIL*

April 4, 2006

David Liao
Protech Diamond Tools, Inc.
Bay 2, 4639-6th Street, NE
Calgary
Alberta, Canada T2E 3Z6

>      Re:     PROTECH DIAMOND application in Canada
>              Objection to Use of Protech Diamond
>              <u>Our file: CHUNG 1.1</u>

Dear Mr. Liao,

I am trademark counsel for Protech Diamond Tools, Inc., ("Protech") the well-established California business producing high quality diamond cutting tools for the professional saw cutter and stone industry.

I write to you because it recently came to our client's attention that your company, Protech Diamond Tools ("Protech Two"), has filed an application in Canada to register the mark PROTECH DIAMOND. Your company also apparently applied to register PROTECH DIAMOND in the U.S., Serial No. 76/418,267, which you abandoned. Our client has also become aware that when an Internet search is conducted using a search engine such as Google, your website, <u>www.protechdiamondtoolsinc.com</u>, is listed first in the search results. Furthermore, your website domain name is nearly identical to my client's mark, PROTECH DIAMOND TOOLS. Your website also refers to your corporate name as Protech Diamond.

My client is also aware that you interfered with its domain name registration, fraudulently represented yourself as Protech, and unlawfully had Protech's domain name transferred to you.

As you may know, the first to use a mark has priority rights. Protech Diamond Tools, Inc. first began using its mark, PROTECH DIAMOND TOOLS in the United States on September 1, 2001. Our client then filed for a Trademark application and received registration of the mark on July 8, 2003 (See attached). As you can understand, the use of your mark PROTECH DIAMOND in conjunction with the same type of goods and services my client provides inevitably results in confusion. Furthermore, my client's goodwill in the PROTECH DIAMOND TOOLS mark is greatly impaired by the use of your PROTECH DIAMOND mark.

Accordingly, Protech must ask that you immediately cease using the mark PROTECH DIAMOND, and immediately change your marketing materials, including website, to

19 Brookmont
San Anselmo
California
94960-1412

anne@hiaringlaw.com

t 415 457 2040

f 415 457 2822

delete all references to PROTECH DIAMOND or PROTECH DIAMOND TOOLS, Inc. Your activities clearly reach commerce in the U.S. and are actionable under U.S. trademark infringement law. Any continued use will be considered willful. If necessary, Protech Diamond Tools, Inc. is prepared to enforce its rights under the Lanham Act and will seek all remedies available to it, including damages and attorney's fees.

Please respond to this letter at your earliest convenience, but to keep this matter active, no later than April 18, 2006.

If you have any questions about the above, please contact me personally, or through your attorney.

Sincerely,

Anne Hiaring
Enclosure

2

**EXHIBIT F**

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD

In the matter of Trademark Registration No. 2,734,788
For the mark P PROTECH DIAMOND TOOLS TOLL FREE:1-888-618-2900 w/Design
Date registered July 8, 2003

Protech Diamond Tools Inc.,

|  |  |  |
|---|---|---|
| Petitioner, | ) | Cancellation No. _____ |
| v. | ) | |
| Protech Diamond Tools, Inc. | ) | |
| Registrant. | ) | |

## PETITION TO CANCEL

Attention: TTAB
Commissioner for Trademarks
P.O. Box 1451
Arlington, VA  22313-1451

Protech Diamond Tools Inc., a corporation organized and existing under the laws of Canada, with a principal place of business at Bay 4, 4619 6th St. NE, Calgary, Alberta T2E 3Z6, Canada, (hereinafter "Petitioner"), believes that it will be damaged by the continued registration of the mark shown in Registration No. 2,734,788, and hereby petitions to cancel such registration.

As grounds for this petition, it is alleged that:

1.     Petitioner is a Canadian developer, manufacturer and distributor of high-quality diamond saw blades, with customers in the United States.  Petitioner was incorporated in Canada on February 14, 2000 under the trade name PROTECH

DIAMOND TOOLS INC. A copy of Petitioner's Certificate of Incorporation is attached as Exhibit A.

2.     Petitioner markets and sells saw blades under the marks PROTECH DIAMOND and PROTECH DIAMOND TOOLS INC. (the "Marks") in the United States and Canada. Petitioner began selling saw blades to customers in the United States under the Marks at least as early as July 2000.

3.     Petitioner registered the domain name protechdiamondtools.com on July 25, 2000.

4.     In July 2000, one of Registrant's predecessors, Dennies Chung, began purchasing saw blades from Petitioner. Petitioner also continued to sell saw blades to other customers in the United States.

5.     On September 3, 2001, Petitioner authorized its officer, David Youwei Liao, to enter a partnership with Dennies Chung to set up a distributorship for Petitioner's products associated with the Marks in the United States (the "Distributorship"). Dennies Chung, either individually or through the Distributorship, continued for a time to purchase saw blades from Petitioner for distribution in the United States.

6.     Dennies Chung obtained the subject U.S. registration of P PROTECH DIAMOND TOOLS TOLL FREE:1-888-618-2900 w/Design, without Petitioner's knowledge. The registration claims a first use date of September 1, 2001. That date is more than a year later than Petitioner's first use date in the U.S.

7.     The partnership which created the Distributorship was cancelled September 4, 2003, though Dennies Chung continued for a time to purchase products

from Petitioner after the partnership was cancelled. At all times, Petitioner continued to be the owner of the Marks.

8.    Petitioner owns Canadian Registration No. TMA 601,956 for PROTECH DIAMOND in association with power saw blades. That registration issued from application Serial No. 1142487, which was filed on June 3, 2002. The Canadian registration issued on February 11, 2004. A copy of Petitioner's Canadian Registration No. TMA601,956 for PROTECH DIAMOND is attached as Exhibit B.

9.    On May 29, 2005, Dennies Chung stopped cooperating with Petitioner and ceased purchasing products from Petitioner. Rather, Dennies Chung began purchasing the products of third parties. Such products continued to be sold under the Marks.

10.    Recently, Dennies Chung assigned U.S. Registration No. 2,734,788 to Registrant Protech Diamond Tools, Inc. Protech Diamond Tools, Inc. has no relationship with Petitioner.


## COUNT I - LIKELIHOOD OF CONFUSION

11.    Petitioner has used its Marks in the United States in association with diamond tools including saw blades since at least as early as July 2000. This use predates the filing date and first use date associated with the mark in Registration No. 2,734,788.

12.    Petitioner's prior use in the United States of the Marks in association with the sale of diamond saw blade tools since at least as early as July 2000 takes priority over any dates associated with the subject registration.

13.    Registrant's mark P PROTECH DIAMOND TOOLS TOLL FREE: 1-888-618-2900 w/Design, as registered in association with construction cutting blades for use

3

in power saws, is likely to cause confusion with Petitioner's Marks as used in the United States since at least as early as July 2000 in association with diamond tools, namely saw blades.

14.    Consumers are likely to believe that the source of goods sold under Registrant's mark is Petitioner.  There have also been many instances of actual confusion in the U.S., to the detriment of Petitioner.

15.    Continued existence of Registration No. 2,734,788 on the Principal Register will give the impression that Registrant has at least a prima facie exclusive right to use Petitioner's Marks when, in fact, it does not.

16.    Continued existence of Registration No. 2,734,788 on the Principal Register will be a continued source of damage and injury to the Petitioner.

## COUNT II - THE REGISTRATION IS VOID AB INITIO

17.    The subject registration was filed in the name of Dennies Chung.  Dennies Chung had no right to seek a registration of Petitioner's Marks in her own name. Rather, at the time the application was filed, Dennies Chung was part of the Distributorship set up to distribute Petitioner's goods in the United States.  Petitioner was and still is the true owner of the Marks.  Dennies Chung had no authority to seek registration of P PROTECH DIAMOND TOOLS TOLL FREE: 1-888-618-2900 w/Design in her own name.   Therefore, the application which matured into Registration No. 2,734,788 is void ab initio.

18.    Since the application is void ab initio, the recent March 2006 assignment of the subject registration by Dennies Chung to Protech Diamond Tools Inc. is likewise void.

4

19.   Continued existence of Registration No. 2,734,788 will be a continued source of damage and injury to the Petitioner.

WHEREFORE, Petitioner prays that Registration No. 2,734,788 be cancelled and that this Petition for Cancellation be sustained in favor of Petitioner.

Dated: August _8__, 2006

Respectfully submitted,

FAY, SHARPE, FAGAN
MINNICH & McKEE, LLP

*Sandra M Koenig*

Jay F. Moldovanyi
Sandra M. Koenig
1100 Superior Avenue
Seventh Floor
Cleveland, Ohio  44114-2579
Phone:  (216) 861-5582
Fax:  (216) 241-1666

Attorneys for Petitioner

N:\BTJZ\700231\CAH0005843V001.doc

5

# *Certified Copy*

## CORPORATE ACCESS NUMBER: 208663948



### BUSINESS CORPORATIONS ACT

# CERTIFICATE

# OF

# INCORPORATION

**PROTECH DIAMOND TOOLS INC.**
WAS INCORPORATED IN ALBERTA ON 2000/02/14.



EXHIBIT

A

ALL-STATE LEGAL®

Received: 04/07/2006 01:20PM * Pg 4/6
04/07/2006  13:25    001-403-230-7877    PROTECH DIAMOND TOOL    PAGE  04



**Office de la propriété
intellectuelle
du Canada**

Un organisme
d'Industrie Canada

**Canadian
Intellectual Property
Office**

An Agency of
Industry Canada

*Marques de commerce*
*Certificat d'enregistrement*

*Trade-marks*
*Certificate of Registration*

La présente atteste que la marque de
commerce identifiée dans l'extrait
ci-joint, tiré du registre
des marques de commerce,
a été enregistrée et que ledit
extrait est une copie conforme
de l'inscription de son
enregistrement.
Conformément aux
dispositions de la *Loi sur
les marques de commerce*, cette
marque de commerce est renouvelable
tous les quinze ans à compter de la date
d'enregistrement.

This is to certify that the trade-mark,
identified in the attached extract
from the register of
trade-marks, has been
registered and that the
said extract is a true
copy of the record of its
registration.
In accordance with the provisions
of the Trade-marks Act, this
trade-mark is subject to renewal every
15 years from the registration date.

## PROTECH DIAMOND

Numéro d'enregistrement
Registration Number     **TMA601,956**

Numéro de dossier
File Number             **1142487**

Date d'enregistrement
Registration Date       **11 fév/Feb 2004**

Registraire des marques de commerce
Registrar of Trade-marks
(CIPO 1993)11-02

**Canada**

EXHIBIT

B

ALL-STATE LEGAL

IPO - Canadian Trade-marks Database



| | Canadian Intellectual Property Office | Office de la propriété intellectuelle du Canada | Canada |



strategis.gc.ca

CIPO OPIC

| Français | Contact Us | Help | Search | Canada Site |
| Strategis | Site Map | What's New | About Us | Registration |

**Canadian Intellectual Property Office**

CIPO Home

Patents Database

Decisions of the Commissioner of Patents

Trade-marks Main Page

**TRADE-MARKS DATABASE**

Help

Tutorial

Disclaimer

Copyrights Database

Industrial Designs Database

➡ Search Page

## CANADIAN TRADE-MARK DATA

*** Note Data on trade-marks is shown in the official language in which it was submitted.

The database was last updated on: 2006-04-04

| **APPLICATION NUMBER:** | | **REGISTRATION NUMBER:** |
| 1142487 | | TMA601956 |
| **STATUS:** | | REGISTERED |
| **FILED:** | | 2002-06-03 |
| **FORMALIZED:** | | 2002-06-28 |
| **ADVERTISED:** | | 2003-10-01 |
| **REGISTERED:** | | 2004-02-11 |

**REGISTRANT:**
Protech Diamond Tools Inc.
Bay 2, 4639 - 6 St NE
Calgary
T2E 3Z6
ALBERTA

    **REPRESENTATIVE FOR SERVICE:**
    VICTOR G. ARCURI
    (ARVIC)
    #280, 521 - 3RD AVENUE S.W.
    CALGARY
    ALBERTA T2P 3T3

**TRADE-MARK:**

# PROTECH DIAMOND

**DISCLAIMER TEXT:**
The right to the exclusive use of the word DIAMOND is disclaimed apart from the trade-mark.

**INDEX HEADINGS:**
PROTECH DIAMOND
TECH, PRO
PROTECT

**WARES:**
(1) Power saw blades.

**CLAIMS:**
Used in CANADA since March 2002.

| ACTION | DATE | BF | COMMENTS |
|---|---|---|---|
| Filed | 03 June 2002 | | |
| Created | 06 June 2002 | | |
| Formalized | 28 June 2002 | | |
| Search Recorded | 05 May 2003 | | |

IPO - Canadian Trade-marks Database

| | | | |
|---|---|---|---|
| Examiner's First Report | 05 May 2003 | 05 September 2003 | |
| Approved | 29 August 2003 | | |
| Translation Requested | 02 September 2003 | 24 September 2003 | 20030916140622 |
| Translation Received | 16 September 2003 | | |
| Extracted for Advertisement | 17 September 2003 | | Vol.50 Issue 2553 2003/10/01 |
| Advertised | 01 October 2003 | | Vol.50 Issue 2553 |
| Allowed | 19 December 2003 | | |
| Allowance Notice Sent | 19 December 2003 | 19 June 2004 | |
| Registered | 11 February 2004 | | |

Back to search    Back

Last updated: 2006-04-04    ▲    Important Notices

# EXHIBIT G



## California Business Portal
### Secretary of State DEBRA BOWEN

**DISCLAIMER:** The information displayed here is current as of JUL 11, 2008 and is updated weekly. It is not a complete or certified record of the Corporation.

| Corporation | | |
|---|---|---|
| PROTECH DIAMOND USA, INC. | | |
| **Number:** C3028648 | **Date Filed:** 10/31/2007 | **Status:** active |
| **Jurisdiction:** California | | |
| Address | | |
| 13321 ALONDRA BL STE T | | |
| SANT FE SPRINGS, CA 90670 | | |
| Agent for Service of Process | | |
| YI LU | | |
| 13321 ALONDRA BL | | |
| UNIT T | | |
| SANTA FE SPRINGS, CA 90670 | | |

Blank fields indicate the information is not contained in the computer file.

If the status of the corporation is "Surrender", the agent for service of process is automatically revoked. Please refer to California Corporations Code Section 2114 for information relating to service upon corporations that have surrendered.

# EXHIBIT H



Welcome To Protech Blades!

ProtechDiamondToolsInc.com

*Always Innovative, Always Professional*

About Us | Products | Services | Tech-info | Users | Contact Us

A grand new diamond tool cuts both asphalt and cured concrete(outside) at fast speed and save your time without switching the blade during cutting.

PROTECH
Diamond Tools Inc.

E_mail:
Password:
Forgot your password?
Login

Construction Cutting and Coring Tools

Asphalt Cutting Blades

Green Concrete Blades

Cured Concrete Cutting Blades

Curb & Gutter (Asphalt overlaid) Blades

Welcome To Protech Blades !



Wall Saw Blades

High Speed Hand Saw Blades

| Home | About Us | Products | Services | Tech-Info | Users | Contact Us |

©Copyright 2000 by Protech Diamond Tools Inc.

TM"PROTECH DIAMOND" is a Trademark the property of Protech Diamond Tools Inc.

Products

# PROTECH
## Diamond Tools Inc.

# ProtechDiamondToolsInc.com
*Always Innovative, Always Professional*

Home | About Us | Products | Services | Tech Info | Users | Contact Us

**Construction Cutting and Coring Tools**
- **Cured Concrete Cutting Blades**
- Silent Core Cured Concrete Blades
- Asphalt Cutting Blades
- Curb & Gutter (Asphalt overlaid) Blades
- Green Concrete Blades
- Wall Saw Blades
- Heavy Rebar Wall Saw Blades
- Joint Widen/Looping Blades
- Concrete Core Bits
- High Speed Hand Saw Blades
- DiamondPVC/Plastic Blades
- Diamond Steel Blades

Discount: 0%

| | | |
|---|---|---|
| | Total: | $0 |
| | After Discount Total: | $0 |
| | GST(5%): | $0 |
| | Plus GST Total: | $0 |

Update Amount | Empty Cart | Check Out

**Cured Concrete Cutting Blades**
**Application:** Hard Concrete, Rebar Concrete, Old Concrete
**Features:** Fast, Free, Consistent and Long Cutting Life
**Condition:** Wet/Semi-wet Cutting
**Machine:** 5-20HP Gasoline Floor Saw, 5-10HP Electric Floor Saw

| Item Code | SizexThick | Grade | Stock | Price($USD) US$/PC | Amount | Qty | Delete |
|---|---|---|---|---|---|---|---|
| CC12A125 | 12"x.125x.255 | Starter | Yes | 177 | | 1 | Add to Cart |
| CC14A125 | 14"x.125x.255 | Starter | Yes | 198 | | 1 | Add to Cart |
| CC16A125 | 16"x.125x.255 | Starter | Yes | 248 | | 1 | Add to Cart |
| CC18A125 | 18"x.125x.255 | Starter | Yes | 290 | | 1 | Add to Cart |
| CC20A125 | 20"x.125x.255 | Starter | Yes | 329 | | 1 | Add to Cart |
| CC24A125 | 24"x.125x.255 | Starter | Yes | 398 | | 1 | Add to Cart |
| CC12C125 | 12"x.125x.410 | premium | Yes | 286 | | 1 | Add to Cart |
| CC14C125 | 14"x.125x.410 | premium | Yes | 320 | | 1 | Add to Cart |
| CC16C125 | 16"x.125x.410 | premium | Yes | 350 | | 1 | Add to Cart |
| CC18C125 | 18"x.125x.410 | premium | Yes | 400 | | 1 | Add to Cart |
| CC20C125 | 20"x.125x.410 | premium | Yes | 462 | | 1 | Add to Cart |
| CC24C125 | 24"x.125x.410 | premium | Yes | 538 | | 1 | Add to Cart |



**Machine: 21-34HP Gasoline/Desiel Floor Saw, 11-30HP Electric Floor Saw**

| Item Code | Size×Thick | Grade | Stock | US$/PC | Qty | |
|---|---|---|---|---|---|---|
| CC14B140 | 14"x.140x.335 | premium | * | 352 | 1 | Add to Cart |
| CC16B160 | 16"x.140x.335 | premium | * | 385 | 1 | Add to Cart |
| CC18B140 | 18"x.140x.335 | premium | * | 440 | 1 | Add to Cart |
| CC18C133 | 18"x.133x.410 | premium | Yes | 457 | 1 | Add to Cart |
| CC20B140 | 20"x.140x.335 | premium | * | 508 | 1 | Add to Cart |
| CC20C133 | 20"x.133x.410 | premium | Yes | 527 | 1 | Add to Cart |
| CC24B140 | 24"x.140x.335 | premium | * | 592 | 1 | Add to Car |
| CC26B140 | 26"x.140x.335 | premium | * | 732 | 1 | Add to Cart |

**Machine: 35-65HP Gasoline/Diesel Floor Saws, 31-42HP Electric Floor Saw**

| Item Code | Size×Thick | Grade | Stock | US$/PC | Qty | |
|---|---|---|---|---|---|---|
| CC18A155 | 18"x.155x.255 | Starter | Yes | 348 | 1 | Add to Cart |
| CC20A155 | 20"x.155x.255 | Starter | Yes | 395 | 1 | Add to Cart |
| CC24A155 | 24"x.155x.255 | Starter | Yes | 478 | 1 | Add to Cart |
| CC18C155 | 18"x.155x.410 | premium | Yes | 553 | 1 | Add to Cart |
| CC18C175 | 18"x.175x.410 | premium | Yes | 615 | 1 | Add to Cart |
| CC20C155 | 20"x.155x.410 | premium | Yes | 623 | 1 | Add to Ca |
| CC20C175 | 20"x.175x.410 | premium | Yes | 695 | 1 | Add to Cart |
| CC24C155 | 24"x.155x.410 | premium | Yes | 773 | 1 | Add to Cart |
| CC24C175 | 24"x.175x.410 | premium | Yes | 865 | 1 | Add to Cart |
| CC26C155 | 26"x.155x.410 | premium | Yes | 833 | 1 | Add to Cart |
| CC26C175 | 26"x.175x.410 | premium | Yes | 935 | 1 | Add to Cart |
| CC30C155 | 30"x.155x.410 | premium | Yes | 983 | 1 | Add to Cart |
| CC30C175 | 30"x.175x.410 | premium | Yes | 1100 | 1 | Add to Cart |
| CC32C155 | 32"x.155x.410 | premium | Yes | 1080 | 1 | Add to Cart |
| CC32C175 | 32"x.175x.410 | premium | Yes | 1219 | 1 | Add to Cart |





Products

Products

| CC36C175 | 36"x.175x.410 | premium | Yes | 1580 | | [1] | Add to Cart |
| CC42C175 | 42"x.175x.410 | premium | Yes | 1860 | | [1] | Add to Cart |

**Machine: 66-84HP Diesel Saw**

| Item Code | SizexThick | Grade | Stock | US$/PC | Qty | | |
|-----------|-----------|---------|-------|--------|-----|---|---|
| CC24C187 | 24"x.187 | premium | * | 908 | | [1] | Add to Cart |
| CC24C250 | 24"x.250x.410 | premium | * | 1135 | | [1] | Add to Cart |
| CC26C187 | 26"x.187 | premium | * | 982 | | [1] | Add to Cart |
| CC30C187 | 30"x.187 | premium | Yes | 1160 | | [1] | Add to Cart |
| CC30C250 | 30"x.250x.410 | premium | * | 1450 | | [1] | Add to Cart |
| CC36C187 | 36"x.187 | premium | Yes | 1659 | | [1] | Add to Cart |
| CC36C250 | 36"x.250x.410 | premium | * | 1986 | | [1] | Add to Cart |
| CC42C187 | 42"x.187 | premium | Yes | 1953 | | [1] | Add to Cart |
| CC42C250 | 42"x.250x.410 | premium | * | Call | | | |
| CC48C187 | 48"x.187 | premium | * | 2432 | | [1] | Add to Cart |
| CC48C250 | 48"x.250x.410 | premium | * | Call | | | |
| CC54C187 | 54"x.187 | premium | * | 3040 | | [1] | Add to Cart |
| CC54C250 | 54"x.250x.410 | premium | * | Call | | | |
| CC66C250 | 66"x.250x.410 | premium | * | Call | | | |

Item with *, please phone 1-888-638-0999 for the delivery time.

## Cured Concrete BOND – GS, DS, ES Floor Saws

| Code# | Aggregate | Sand | Rebar | Steel Fabric |
|-------|-----------|------|-------|--------------|
| C45 | Hard-chert gravel, flint, porphyry | Little, Round River sand | Heavy | High |
| C50 | Medium Hard-basalt, chert gravel, flint, quartzite | Medium river sand | High | High |
| C55 | Medium-river gravel, quartz, granite, gneiss | Medium-High river and smashed sand | Medium | Medium |
| C60 | Medium Soft-Limestone, Metamorphic rocks | High rough sand | Light | Low |
| C65 | Soft-Limestone, Porous Debris | Very high rough sand | Light, Mesh | Low, Nil |

| Home | About Us | Products | Services | Tech-Info | Users | Contact Us |
©Copyright 2000 by Protech Diamond Tools Inc.
TM"PROTECH DIAMOND" is a Trademark the property of Protech Diamond Tools Inc.

Products