# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

Protech Diamond Tools Incorporation

v.

David Liao, Protech Diamond Tools Inc. and
Protech Diamond USA, Inc.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 

CV 08 3684 SBA

TO: (Name and address of defendant)

Protech Diamond Tools Inc.
Bay 4, 4619 6th Street, NE
Calgary, Alberta T2E 3Z6
Canada

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Anne Hiaring Hocking, Esq.
Law Office of Anne Hiaring
711 Grand Avenue, Suite 260
San Rafael, California 94901

an answer to the complaint which is herewith served upon you, within   20   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE AUG 1 2008

**ANNA SPRINKLES**
(BY) DEPUTY CLERK