# United States District Court

## NORTHERN DISTRICT OF CALIFORNIA

Protech Diamond Tools Incorporation

V.

David Liao, Protech Diamond Tools Inc. and
Protech Diamond USA, Inc.

**SUMMONS IN A CIVIL CASE**

CV CASE NUMBER:

**08**   **3684**

*SBA*

TO: (Name and address of defendant)

Protech Diamond USA, Inc.
13321 Alondra Bl., Suite T
Santa Fe Springs, California  90670

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Anne Hiaring Hocking, Esq.
Law Office of Anne Hiaring
711 Grand Avenue, Suite 260
San Rafael, California  94901

an answer to the complaint which is herewith served upon you, within  20    days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

<u>Richard W. Wieking</u>
CLERK

**ANNA SPRINKLES**

_____
(BY) DEPUTY CLERK

AUG - 1 2008

DATE_____