ANNE HIARING HOCKING, Esq. SBN 88639
Law Office of Anne Hiaring
711 Grand Avenue, Suite 260
San Rafael, CA 94901
Telephone: (415) 457-2040
Facsimile:  (415) 457-2822
Email: anne@hiaringlaw.com

Attorney for Plaintiff
PROTECH DIAMOND TOOL
INCORPORATION

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
_____ DIVISION

PROTECH DIAMOND TOOLS INCORPORATION, a California Corporation,

    Plaintiff,

vs.

DAVID LIAO, an individual, PROTECH DIAMOND TOOLS INC., a Canadian Corporation, and PROTECH DIAMOND USA, INC., a California Corporation and DOES 1-10,

    Defendants.

Case No. CV.08 3684

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**
(Civil L.R. 3-16)

Pursuant to Civil Local Rule 3-16, the undersigned certifies that the following listed person has a financial interest in a party to the proceeding:

///

///

///

---

CERTIFICATION (CIVIL L.R. 3-16)
- 1 -

1.    Dennies Chung, president of Protech Diamond Tools Incorporation.

DATED: August __, 2008

Respectfully submitted,

LAW OFFICE OF ANNE HIARING

By: _____
Anne Hiaring Hocking, Esq.
711 Grand Avenue, Suite 260
San Rafael, CA 94901
(415) 457-2040
anne@hiaringlaw.com

Attorney for Plaintiff PROTECH DIAMOND TOOLS INCORPORATION