1 | ANNE HIARING HOCKING, Esq. State Bar No. 88639
Law Office of Anne Hiaring
2 | 711 Grand Avenue, Suite 260
San Rafael, CA 94901
3 | Telephone: (415) 457-2040
Facsimile: (415) 457-2822
4 | Email: anne@hiaringlaw.com

5 | Attorney for Plaintiff
PROTECH DIAMOND TOOL
6 | INCORPORATION

7

8 | IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
9 | OAKLAND DIVISION

10

| | |
|---|---|
| PROTECH DIAMOND TOOLS INCORPORATION, a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID LIAO, an individual, PROTECH DIAMOND TOOLS INC., a Canadian Corporation, and PROTECH DIAMOND USA, INC., a California Corporation and DOES 1-10,<br><br>Defendants. | Case No. C 08-3684 SBA<br><br>**CERTIFICATE OF SERVICE FOR DEFENDANT PROTECH DIAMOND USA, INC.** |

| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| ANNE HIARING<br>ATTORNEY AT LAW<br>ANNE HIARING HOCKING, ESQ. - SBN # 88639<br>711 GRAND AVENUE<br>SAN RAFAEL, CA 94901 | (415) 457-2040 | |
| ATTORNEY FOR (NAME): PROTECH DIAMOND TOOLS INC. | REFERENCE NUMBER<br>00037954-01 | |

Insert name of court, judicial district or branch court, if any, and post office and street address
UNITED STATES DISTRICT COURT,

SHORT NAME OF CASE
PROTECH DIAMOND TOOLS INC. vs. DAVID LIAO, ET AL

| PROOF OF SERVICE | HEARING DATE: | HEARING TIME: | DEPT/DIV: | CASE NUMBER:<br>CV083684SBA |
|---|---|---|---|---|

I am and was on the dates herein mentioned over the age of eighteen years and not a party to this action;

**I served the:**
SEE ATTACHED LIST OF DOCUMENTS;

**Name of Defendant:** PROTECH DIAMOND USA, INC.
**Person Served:** ROCKY DOE
**Title:** PERSON IN CHARGE

**Date of Delivery:** 08/11/08
**Time of Delivery:** 02:55 pm

**Place of Service:** 13321 ALONDRA BL., UNIT T
SANTA FE SPRINGS, CA 90670          (Business)

**Date of Mailing:** 08/11/08
**Place of Mailing:** VALLEY VILLAGE

**Manner of Service:**
Substituted Service on the defendant by leaving copies of the documents at the defendants dwelling, house, usual place of abode, usual place of business, or usual mailing address other than a U.S. Postal Service Post Office Box, in the presence of a competent member of the household or a person apparently in charge of his or her office, place of business, or usual mailing address other than a U.S. Postal Service Post Office Box, at least 18 years of age who was informed of the contents thereof, and by mailing copies of the documents (By First-Class Mail, Postage Pre-Paid) to the defendant served at the place where the copies were left.

**In Compliance With:**   [X] Federal Rules of Civil Procedure
                          [ ] California Code of Civil Procedure

**Fee for service:** $ 90.76

---

ADOPTED JUDICIAL COUNCIL FORM, RULE 982 (A) (23)

[X] Registered: LOS ANGELES County,
Number: 5694

Attorney's Diversified Services
1424 21st Street
Client File # CHUNG 1.1 CANCELLATION

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed
on: August 27, 2008
at: SOUTHERN CALIFORNIA, California

Signature: /s/

LIST OF DOCUMENTS
CASE #: CV083684SBA  CASE NAME: DAVID LIAO, ET AL V. PROTECH DIAMOND TOOLS INC.

- SUMMONS IN A CIVIL CASE

- COMPLAINT FOR TRADEMARK INFRINGEMENT, FALSE DESIGNATION OF ORIGIN AND UNFAIR COMPETITION

- CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

- ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES W/JUDGE SAUNDRA B. ARMSTRONG'S STANDING ORDER AND STANDING ORDER FOR ALL JUDGES OF N.D. OF CALIFORNIA

- NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION

- CONSENTING TO A MAGISTRATE JUDGE'S JURISDICTION IN THE NORTHERN DISTRICT COURT OF CALIFORNIA

- U.S. DISTRICT COURT NORTHERN CALIFORNIA ECF REGISTRATION INFORMATION HANDOUT

- ADR DISPUTE RESOLUTION PROCEDURES IN THE NORTHERN DISTRICT OF CALIFORNIA, USDC

J7998