ANNE HIARING HOCKING, Esq. State Bar No. 88639
Law Office of Anne Hiaring
711 Grand Avenue, Suite 260
San Rafael, CA 94901
Telephone: (415) 457-2040
Facsimile: (415) 457-2822
Email: anne@hiaringlaw.com

Attorney for Plaintiff
PROTECH DIAMOND TOOLS
INCORPORATION

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| PROTECH DIAMOND TOOLS INCORPORATION, a California Corporation, <br><br> Plaintiff, <br><br> vs. <br><br> DAVID LIAO, an individual, PROTECH DIAMOND TOOLS INC., a Canadian Corporation, and PROTECH DIAMOND USA, INC., a California Corporation and DOES 1-10, <br><br> Defendants. | Case No. C 08-3684 SBA <br><br> **CERTIFICATE OF SERVICE OF CLERK'S NOTICE (Filed 8/6/08) ON DEFENDANT PROTECH DIAMOND USA, INC.** |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROTECH DIAMOND TOOLS INC., | No. C 08-03684 SBA |
| Plaintiff, | CLERK'S NOTICE |
| v. | |
| DAVID LIAO, | |
| Defendant. | |

Counsel for the plaintiff is directed to serve a copy of this Notice upon any other party in this action not enrolled in the e-filing program. Following service, Counsel shall file a certificate of service with the Clerk of the Court.

YOU ARE HEREBY NOTIFIED THAT the Case Management Conference set for, November 5, 2008, has been moved to, November 5, 2008, at 2:45 p.m., via telephone.

Plaintiff's counsel is to set up the conference call with all the parties on the line and call chambers at (510) 637-3559.

(NO PARTY SHALL CONTACT CHAMBERS DIRECTLY WITHOUT PRIOR AUTHORIZATION OF THE COURT.)

Counsel shall file a Joint Case Management Conference Statement 10 days in advance of the Case Management Conference that complies with the Standing Order For All Judges Of The Northern District Of California and the Standing Order of this Court.

Dated: 3/6/08

FOR THE COURT,

Richard W. Wieking, Clerk

By: s/Lisa R. Clark
Courtroom Deputy

## PROOF OF SERVICE

### STATE OF CALIFORNIA, COUNTY OF MARIN

1 | I am employed in the County of Marin, State of California; my business address is 711 Grand Avenue, Suite 260, San Rafael, California 94901; I am over the age of 18 and not a party to the within action. On this date I served the following document(s):

**CLERK'S NOTICE (Filed August 6, 2008)**

on the parties shown below:

Protech Diamond USA, Inc.
c/o Yi Lu, Registered Agent
13321 Alondra Boulevard, Suite T
Santa Fe Springs, CA 90670

Tel: 562-404-1338

Protech Diamond USA, Inc.
13321 Alondra Boulevard, Suite T
Santa Fe Springs, CA 90670

Tel: 562-404-1338

☐ (BY FAX) I am readily familiar with the firm's practice of facsimile transmission; on this date the above-referenced documents were transmitted, the transmission was reported as complete and without error and the report was properly issued.

☒ (BY MAIL) I am readily familiar with the firm's practice for the processing of mail; on this date, the above-referenced documents were placed for collection and delivery by the U.S. Postal Service following ordinary business practices.

☐ (BY OVERNIGHT DELIVERY) I am readily familiar with the firm's practice for the processing of documents for delivery services; on this date, the above-referenced documents were placed for collection and delivery following ordinary business practices.

☐ (BY ELECTRONIC FILING) On this date I provided the documents(s) listed above electronically through the Court's electronic filing service provider pursuant to the instructions on that website.

☐ (BY E-MAIL) On this date, the above-referenced documents were converted to Adobe files and e-mailed to the addresses shown.

☐ (BY PERSONAL SERVICE) I caused the above documents to be delivered by hand pursuant to CCP § 1011.

| | | |
|---|---|---|
| 1 | | |
| 2 | [x] | Federal: I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. |
| 3 | [ ] | State: I declare under penalty of perjury under the laws of the State of California that the above is true and correct. |

Executed on this 29th day of August 2008 at San Rafael, California.

_Kristin de la Vega_