ANNE HIARING HOCKING, Esq. State Bar No. 88639
Law Office of Anne Hiaring
711 Grand Avenue, Suite 260
San Rafael, CA 94901
Telephone: (415) 457-2040
Facsimile: (415) 457-2822
Email: anne@hiaringlaw.com

Attorney for Plaintiff
PROTECH DIAMOND TOOLS
INCORPORATION

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| PROTECH DIAMOND TOOLS INCORPORATION, a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID LIAO, an individual, PROTECH DIAMOND TOOLS INC., a Canadian Corporation, and PROTECH DIAMOND USA, INC., a California Corporation and DOES 1-10,<br><br>Defendants. | Case No. C 08-3684 SBA<br><br>**REQUEST AND [PROPOSED] ORDER EXTENDING PROTECH DIAMOND USA, INC.'S TIME TO ANSWER COMPLAINT** |

Plaintiff Protech Diamond Tools Incorporation filed its Complaint for Trademark Infringement, False Designation of Origin and Unfair Competition on August 1, 2008 against three defendants: David Liao, Protech Diamond Tools Inc. and Protech Diamond USA, Inc.

Plaintiff served Protech Diamond USA, Inc. on August 11, 2008 and filed its Certificate of Service with the Court on August 27, 2008. Accordingly, Defendant Protech Diamond USA, Inc. has until today, September 2, 2008, to respond to Plaintiff's Complaint.

On September 2, 2008, Plaintiff discussed this litigation with counsel for Defendants David Liao and Protech Diamond Tools Inc., which are both Canadian entities (hereinafter referred to as "Canadian Defendants"). Canadian Defendants' counsel requested that Plaintiff's counsel send Notices and Requests for Wavier of Service for the Canadian Defendants, which Plaintiff's counsel did so today, September 2, 2008. Accordingly, the Canadian Defendants will have ninety days, or until December 1, 2008, by which to respond to Plaintiff's Complaint. Fed. R. Civ. Proc. 4(d), 12(a)(1)(A)(ii).

In addition, counsel for both parties discussed the deadline for Defendant Protech Diamond USA, Inc. to file its response to Plaintiff's complaint. As Defendant Protech Diamond USA, Inc. is related to at least Defendant Mr. Liao, one of the Canadian Defendants, Plaintiff's counsel agreed to an extension of time for Protech Diamond USA, Inc. to respond to Plaintiff's Complaint.

Based on the agreement reached between the parties' respective counsel today, September 2, 2008, Plaintiff respectfully requests that the Court extend the time by which Defendant Protech Diamond USA, Inc. has to respond to Plaintiff's Complaint from September 2, 2008 to December 1, 2008. Fed. R. Civ. Proc. Rule 6(b).

Plaintiff believes good cause exists for the Court to grant an extension of time for Protech Diamond USA, Inc. to respond to Plaintiff's Complaint because the defendants are all

1 | related and that by granting this extension, the Court's time and resources will be used that

2 | much more efficiently and equitably in determining this action.

5 | DATED: September 2, 2008

Respectfully submitted,

LAW OFFICE OF ANNE HIARING

By: _____
ANNE HIARING HOCKING, Esq.
Attorney for Plaintiff
PROTECH DIAMOND TOOLS
INCORPORATION

12 | IT IS SO ORDERED.

14 | DATED: _____   By: _____
HON. SAUNDRA B. ARMSTRONG
United States District Court Judge

---

REQUEST AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT PROTECH DIAMOND
USA, INC. TO RESPOND TO COMPLAINT
CASE NO. C 08-3684 SBA
- 3 -

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF MARIN

I am employed in the County of Marin, State of California; my business address is 711 Grand Avenue, Suite 260, San Rafael, California 94901; I am over the age of 18 and not a party to the within action. On this date I served the following document(s):

**REQUEST AND [PROPOSED] ORDER EXTENDING PROTECH DIAMOND USA, INC.'S TIME TO ANSWER COMPLAINT**

on the parties shown below:

Protech Diamond USA, Inc.
c/o Yi Lu, Registered Agent
13321 Alondra Boulevard, Suite T
Santa Fe Springs, CA  90670

Tel: 562-404-1338

Protech Diamond USA, Inc.
13321 Alondra Boulevard, Suite T
Santa Fe Springs, CA  90670

Tel: 562-404-1338

☐ (BY FAX) I am readily familiar with the firm's practice of facsimile transmission; on this date the above-referenced documents were transmitted, the transmission was reported as complete and without error and the report was properly issued.

☒ (BY MAIL) I am readily familiar with the firm's practice for the processing of mail; on this date, the above-referenced documents were placed for collection and delivery by the U.S. Postal Service following ordinary business practices.

☐ (BY OVERNIGHT DELIVERY) I am readily familiar with the firm's practice for the processing of documents for delivery services; on this date, the above-referenced documents were placed for collection and delivery following ordinary business practices.

☐ (BY ELECTRONIC FILING) On this date I provided the documents(s) listed above electronically through the Court's electronic filing service provider pursuant to the instructions on that website.

☐ (BY E-MAIL) On this date, the above-referenced documents were converted to Adobe files and e-mailed to the addresses shown.

☐ (BY PERSONAL SERVICE) I caused the above documents to be delivered by hand pursuant to CCP § 1011.

1
2  [x]  Federal: I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

3
4  [ ]  State: I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

5  Executed on this 2nd day of September 2008 at San Rafael, California.

6
7  _____
   Kristin de la Vega