ANNE HIARING HOCKING, Esq. State Bar No. 88639
Law Office of Anne Hiaring
711 Grand Avenue, Suite 260
San Rafael, CA 94901
Telephone:  (415) 457-2040
Facsimile:   (415) 457-2822
Email:  anne@hiaringlaw.com

Attorney for Plaintiff
PROTECH DIAMOND TOOLS
INCORPORATION

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| PROTECH DIAMOND TOOLS INCORPORATION, a California Corporation, <br><br> Plaintiff, <br><br> vs. <br><br> DAVID LIAO, an individual, PROTECH DIAMOND TOOLS INC., a Canadian Corporation, and PROTECH DIAMOND USA, INC., a California Corporation and DOES 1-10, <br><br> Defendants. | Case No.  C 08-3684 SBA <br><br> **REQUEST AND ORDER EXTENDING PROTECH DIAMOND USA, INC.'S TIME TO ANSWER COMPLAINT** |

Plaintiff Protech Diamond Tools Incorporation filed its Complaint for Trademark

Infringement, False Designation of Origin and Unfair Competition on August 1, 2008 against

three defendants:  David Liao, Protech Diamond Tools Inc. and Protech Diamond USA, Inc.

Plaintiff served Protech Diamond USA, Inc. on August 11, 2008 and filed its Certificate of Service with the Court on August 27, 2008. Accordingly, Defendant Protech Diamond USA, Inc. has until today, September 2, 2008, to respond to Plaintiff's Complaint.

On September 2, 2008, Plaintiff discussed this litigation with counsel for Defendants David Liao and Protech Diamond Tools Inc., which are both Canadian entities (hereinafter referred to as "Canadian Defendants"). Canadian Defendants' counsel requested that Plaintiff's counsel send Notices and Requests for Wavier of Service for the Canadian Defendants, which Plaintiff's counsel did so today, September 2, 2008. Accordingly, the Canadian Defendants will have ninety days, or until December 1, 2008, by which to respond to Plaintiff's Complaint. Fed. R. Civ. Proc. 4(d), 12(a)(1)(A)(ii).

In addition, counsel for both parties discussed the deadline for Defendant Protech Diamond USA, Inc. to file its response to Plaintiff's complaint. As Defendant Protech Diamond USA, Inc. is related to at least Defendant Mr. Liao, one of the Canadian Defendants, Plaintiff's counsel agreed to an extension of time for Protech Diamond USA, Inc. to respond to Plaintiff's Complaint.

Based on the agreement reached between the parties' respective counsel today, September 2, 2008, Plaintiff respectfully requests that the Court extend the time by which Defendant Protech Diamond USA, Inc. has to respond to Plaintiff's Complaint from September 2, 2008 to December 1, 2008. Fed. R. Civ. Proc. Rule 6(b).

Plaintiff believes good cause exists for the Court to grant an extension of time for Protech Diamond USA, Inc. to respond to Plaintiff's Complaint because the defendants are all

1  related and that by granting this extension, the Court's time and resources will be used that

2  much more efficiently and equitably in determining this action.

3

4                                          Respectfully submitted,

5  DATED:  September __, 2008              LAW OFFICE OF ANNE HIARING

6

7

8  By: _____
                                          ANNE HIARING HOCKING, Esq.

9                                          Attorney for Plaintiff
                                          PROTECH DIAMOND TOOLS

10                                         INCORPORATION

11

12  IT IS SO ORDERED.

13

14  DATED:  _9/2/08                    By: _____
                                          HON. SAUNDRA B. ARMSTRONG

15                                         United States District Court Judge

16

17

18

19

20

21

22

23

24

25