1  ANNE HIARING HOCKING, Esq. State Bar No. 88639
   Law Office of Anne Hiaring
2  711 Grand Avenue, Suite 260
   San Rafael, CA 94901
3  Telephone:  (415) 457-2040
   Facsimile:   (415) 457-2822
4  Email:  anne@hiaringlaw.com

5  Attorney for Plaintiff
   PROTECH DIAMOND TOOLS
6  INCORPORATION

7

8                  IN THE UNITED STATES DISTRICT COURT
                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
9                              OAKLAND DIVISION

10
   PROTECH DIAMOND TOOLS                    )  Case No.  C 08-3684 SBA
11 INCORPORATION, a California Corporation, )
                                            )  **REQUEST AND ORDER EXTENDING**
12                               Plaintiff, )  **INITIAL CASE MANAGEMENT AND**
                                            )  **ADR DEADLINES**
13         vs.                              )
                                            )
14 DAVID LIAO, an individual,               )
   PROTECH DIAMOND TOOLS INC., a            )
15 Canadian Corporation, and PROTECH        )
   DIAMOND USA, INC., a California          )
16 Corporation and DOES 1-10,               )
                                            )
17                              Defendants. )

18

19
           Plaintiff Protech Diamond Tools Incorporation filed its Complaint for Trademark
20
   Infringement, False Designation of Origin and Unfair Competition on August 1, 2008 against
21
   three defendants:  David Liao, Protech Diamond Tools Inc. and Protech Diamond USA, Inc.
22
           Plaintiff served Protech Diamond USA, Inc. on August 11, 2008 and filed its Certificate
23
   of Service with the Court on August 27, 2008.
24

25

**REQUEST AND [PROPOSED] ORDER EXTENDING INITIAL CASE MANAGEMENT CONFERENCE
AND ADR DEADLINES
CASE NO. C 08-3684 SBA**
- 1 -

On September 2, 2008, Plaintiff sent Requests for Waiver and Waivers of Service to counsel for the remaining defendants, Mr. David Liao and Protech Diamond Tools Inc., which are both Canadian entities ("Canadian Defendants").  Accordingly, the Canadian Defendants will have ninety days, or until December 1, 2008, by which to respond to Plaintiff's Complaint.  Fed. R. Civ. Proc. 4(d), 12(a)(1)(A)(ii).

On September 2, 2008, Plaintiff filed a Request for Extension of Time for Defendant Protech Diamond USA, Inc. to respond to the Complaint as it is related to the Canadian Defendants.  This Court granted Plaintiff's Request and issued an Order dated September 2, 2008 granting Defendant Protech Diamond USA, Inc. until December 1, 2008 by which to file its answer.

As the time for all three defendants to respond to the Complaint is now set for well after the initial case management and alternative dispute resolution scheduled deadlines, Plaintiff respectfully requests under Rule 6(b)(1) of the Federal Rules of Civil Procedure, that the Court extend the dates set forth in its Order Setting Initial Case Management Conference and ADR Deadlines issued August 1, 2008 and the Clerk's Notice filed August 6, 2008 by ninety (90) days as follows, or as soon thereafter as the Court deems convenient:

1.   Last day to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan; file joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone conference is extended to **January 13, 2009**;

2.   Last day to complete initial disclosures or state objection in Rule 26(f) Report, file Case Management Statement and file/serve Rule 26(f) Report is extended to **January 27, 2009**; and

3. The Case Management Conference scheduled for November 5, 2008 at 3:00 p.m, *see* Docket No. 2, shall be CONTINUED to February 4, 2009 at 2:30 p.m.  The parties shall **meet and confer** prior to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than ten (10) days prior to the Case Management Conference that complies with the Standing Order for all Judges of the Northern District of California and the Standing Order of this Court.  Plaintiff(s) shall be responsible for filing the statement as well as for arranging the conference call.  All parties shall be on the line and shall call (510) 637-3559 at the above indicated date and time.

Plaintiff believes good cause exists for the Court to grant this extension of the initial case management and alternative dispute resolution deadlines because the defendants will not have appeared prior to the expiration of the current scheduled deadlines.  Accordingly, the disclosure of information as required by the Federal Rules of Civil Procedure and this Court's Local Rules cannot meaningfully be exchanged and discussed until all parties are before this Court.

                                              Respectfully submitted,

DATED:   September 12, 2008              LAW OFFICE OF ANNE HIARING

                                        By:   /anne hiaring hocking/
                                                ANNE HIARING HOCKING, Esq.
                                                Attorney for Plaintiff
                                                PROTECH DIAMOND TOOLS INCORPORATION

1  IT IS SO ORDERED.

2

3  DATED:  _9/15/08                             By: _____
                                                    HON. SAUNDRA B. ARMSTRONG
4                                                   United States District Court Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

---

**REQUEST AND [PROPOSED] ORDER EXTENDING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES
CASE NO. C 08-3684 SBA**
- 4 -