ANNE HIARING HOCKING, Esq. State Bar No. 88639
Law Office of Anne Hiaring
711 Grand Avenue, Suite 260
San Rafael, CA 94901
Telephone: (415) 457-2040
Facsimile: (415) 457-2822
Email: anne@hiaringlaw.com

Attorney for Plaintiff and Counter-defendant
PROTECH DIAMOND TOOLS
INCORPORATION

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| PROTECH DIAMOND TOOLS INCORPORATION, a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID LIAO, an individual, PROTECH DIAMOND TOOLS INC., a Canadian Corporation, and PROTECH DIAMOND USA, INC., a California Corporation, and DOES 1-10,<br><br>Defendants.<br><br>PROTECH DIAMOND TOOLS, INC., a Canadian Corporation; PROTECH DIAMOND, INC., an Oregon Corporation and PROTECH DIAMOND USA, INC., a California Corporation,<br><br>Counterclaimants,<br><br>vs.<br><br>PROTECH DIAMOND TOOLS INC., a California Corporation; and DENNIES CHUNG, an individual,<br><br>Counter-defendants. | Case No.: C 08-3684 SBA<br><br>**STIPULATION AND ORDER FOR EXTENDING TIME FOR PLAINTIFF AND COUNTERDEFENDANTS TO RESPOND TO COUNTERCLAIMANTS' COUNTERCLAIM; AND EXTENDING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**<br>**[Fed. R. Civ. P. 6(b)]** |

IT IS STIPULATED and respectfully requested by Plaintiff and Counter-defendant Protech Diamond Tools Incorporation ("Counter-defendant") and Counterclaimants Protech Diamond Tools, Inc., Protech Diamond, Inc. and Protech Diamond USA, Inc. ("Counterclaimants"), through their respective counsel, as follows:

**I.      COUNTERDEFENDANTS' TIME TO ANSWER**

The parties stipulate and respectfully request that the time within which Counter-defendant may respond to the Counterclaim filed by Counterclaimants on December 1, 2008 will be extended by this Court from December 21, 2008 to January 20, 2009 or such date as this Court may order.

Counter-defendant believes that good cause exists for this Court to order an extension of time for it to respond to the Counterclaim because Ms. Dennies Chung, the principal of Plaintiff as well as the second named Counter-defendant, has been out of the country and is not expected to return until past the deadline for filing a response to the Counterclaim.  Because Ms. Chung is the principal of Plaintiff, her input is required to adequately prepare and respond to Counterclaimants' Counterclaim.  Also, Ms. Chung will shortly be served as a second named Counter-defendant in this action; Counter-defendant's counsel agreed to accept service on her behalf and also agreed that Ms. Chung will respond at the same time that Counter-defendant responds to the Counterclaims.

**II.     CASE MANAGEMENT AND ALTERNATIVE DISPUTE RESOLUTION DEADLINES**

The parties further stipulate and respectfully request that this Court also extend by thirty (30) days, or as soon thereafter as the Court deems convenient, the initial case management and alternative dispute resolution deadlines as set forth in this Court's Order dated September 15, 2008 and the docket text entered September 16, 2008 as follows:

1.      Last day to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan; file joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone conference is extended to February 12, 2009;

2.      Last day to complete initial disclosures or state objection in Rule 26(f) Report, file Case Management Statement and file/serve Rule 26(f) Report is extended to February 26, 2009; and

3.      Case Management Conference (CMC) in Courtroom 3, 3rd Floor, Oakland at 2:30 p.m., via telephone, is extended to March 6, 2009.

The parties believe good cause exists for the extension of the case management and alternative dispute resolution deadlines because the time for Counter-defendant to respond to the Counterclaim is set after the first deadline to meet and confer regarding initial disclosures and to file the alternative dispute resolution certification, which are currently set for January 13, 2009. This date is well prior all the named Counter-defendants having made their appearances. Accordingly, the disclosure of information as required by the Federal Rules of Civil Procedure and this Court's Local Rules cannot meaningfully be exchanged and discussed until all parties are before this Court.

Respectfully Submitted,

DATED: _____

LAW OFFICE OF ANNE HIARING

By: _____
Anne Hiaring Hocking, Esq.
Attorney for Plaintiff and
Counter-defendant

STIPULATED TO:

DATED: _____

QUINTANA LAW GROUP, APC

By: _____
Andres F. Quintana, Esq.
John M. Houkom, Esq.
Attorneys for Defendant David Liao and Defendants and Counterclaimants Protech Diamond Tools Inc., Protech Diamond USA, Inc. and Counterclaimant Protech Diamond, Inc.

ACCORDINGLY:

1. The last day to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan; file joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone conference is extended to February 12, 2009;

2. The last day to complete initial disclosures or state objection in Rule 26(f) Report, file Case Management Statement and file/serve Rule 26(f) Report is extended to March 1, 2009; and

3. The Case Management Conference scheduled for February 4, 2009, at 2:30 p.m, see Docket entry dated 9/16/2008, shall be CONTINUED to March 11, 2009 at 2:30 p.m.  The parties shall **meet and confer** prior to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than ten (10) days prior to the Case Management Conference that complies with the Standing Order for all Judges of the Northern District of California and the Standing Order of this Court.  Plaintiff(s) shall be responsible for filing the statement as well as for arranging the conference call.  All parties shall be on the line and shall call (510) 637-3559 at the above indicated date and time.

IT IS SO ORDERED

DATED:  12/18/08                    By:  _____*Saundra B. Armstrong*_____
                                         HON. SAUNDRA B. ARMSTRONG
                                         United States District Court Judge

**STIPULATION AND [PROPOSED] ORDER
EXTENDING TIME FOR COUNTERDEFENDANT
TO RESPOND TO COUNTERCLAIM; AND EXTENDING
CMC AND ADR DEADLINES**
Case No. C 08-3684 SBA                          -4-