ANNE HIARING HOCKING, Esq. State Bar No. 88639
Law Office of Anne Hiaring
711 Grand Avenue, Suite 260
San Rafael, CA 94901
Telephone:  (415) 457-2040
Facsimile:  (415) 457-2822
Email:  anne@hiaringlaw.com

Attorney for Plaintiff and Counter-defendant
PROTECH DIAMOND TOOLS
INCORPORATION and
Counter-defendant DENNIES CHUNG

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| PROTECH DIAMOND TOOLS INCORPORATION, a California Corporation,<br><br>   Plaintiff,<br><br>  vs.<br><br>DAVID LIAO, an individual, PROTECH DIAMOND TOOLS INC., a Canadian Corporation, and PROTECH DIAMOND USA, INC., a California Corporation, and DOES 1-10,<br><br>   Defendants.<br>_____<br><br>PROTECH DIAMOND TOOLS, INC., a Canadian Corporation; PROTECH DIAMOND, INC., an Oregon Corporation and PROTECH DIAMOND USA, INC., a California Corporation,<br><br>   Counterclaimants,<br><br>  vs.<br><br>PROTECH DIAMOND TOOLS INC., a California Corporation; and DENNIES CHUNG, an individual,<br><br>   Counter-defendants.<br>_____ | Case No.: C 08-3684 SBA<br><br>**FIRST AMENDED STIPULATION AND ORDER SELECTING ADR PROCESS** |

   Counsel report that they have met and conferred regarding ADR and have reached the

following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

1    The Parties agree to participate in Early Neutral Evaluation (ENE) (ADR L.R. 5).

2    The parties expect to hold the ADR session by September 30, 2009 to allow the parties an

3    opportunity to conduct initial discovery, including depositions, prior to the evaluation.

4

5                                              LAW OFFICE OF ANNE HIARING

6

7    DATED: _____       By: _____
                                            Anne Hiaring Hocking, Esq.
8                                            Attorney for Plaintiff and Counter-defendants

9                                              QUINTANA LAW GROUP

10

11   DATED: _____       By: _____
                                            Andres F. Quintana, Esq.
12                                           John M. Houkom, Esq.
                                            Attorneys for Defendant David Liao,
13                                           Defendants and Counterclaimants Protech
                                            Diamond Tools Inc. and Protech Diamond
14                                           USA, Inc. and Counterclaimant Protech
                                            Diamond, Inc.
15

16   [PROPOSED] ORDERED.

17

18       Pursuant to the Stipulation above, the captioned matter is hereby referred to:

19               Early Neutral Evaluation (ENE).

20       Deadline for ADR session:

21               September 30, 2009

22

23   IT IS SO ORDERED.

24

25   DATED: 4/15/09                    By: _____
                                            HON. SAUNDRA B. ARMSTRONG
26                                           UNITED STATES DISTRICT COURT JUDGE

27

28